| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____    Chapter __11__ |

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
| --- | --- | --- | --- |
| 1. | **Debtor's name** | **Manhattan Country School** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **Manhattan Country School, Inc.** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **13-2546971** | |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **150 West 85th Street** **New York, NY 10024** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **New York** County | **Location of principal assets, if different from principal place of business** **150 West 85th Street New York, NY 10024** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ■ Other. Specify: **Nonprofit education corp.** | |

Debtor    **Manhattan Country School**
       Name                                         Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| | | |
| District | When | Case number |

Debtor  **Manhattan Country School**                          Case number (*if known*) _____
           Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ When _____ | | Case number, if known _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Manhattan Country School**                                    Case number (*if known*)
Name

☐ $50,001 - $100,000          ■ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | **Manhattan Country School** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | | |
|---|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | |
| | I have been authorized to file this petition on behalf of the debtor. | |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. | |
| | I declare under penalty of perjury that the foregoing is true and correct. | |

Executed on    **May 16, 2025**
               MM / DD / YYYY

**X** **/s/ Kiran Kulkarni**                   **Kiran Kulkarni**
    Signature of authorized representative of debtor        Printed name

Title

---

| | | |
|---|---|---|
| **18. Signature of attorney** | **X** **/s/ Roy J. Lester, Esq. RJL**      Date   **May 16, 2025** | |
| | Signature of attorney for debtor                  MM / DD / YYYY | |

**Roy J. Lester, Esq. RJL 9118**
Printed name

**Lester Korinman Kamran & Masini, P.C.**
Firm name

**600 Old Country Road**
**Suite 330**
**Garden City, NY 11530**
Number, Street, City, State & ZIP Code

Contact phone   **(516) 357-9191**      Email address   **rlester@lesterfirm.com**

**RJL 9118 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Manhattan Country School**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**May 16, 2025**__        X **/s/ Kiran Kulkarni**
                                          Signature of individual signing on behalf of debtor

                                          **Kiran Kulkarni**
                                          Printed name

                                          _____
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Manhattan Country School**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known): _____

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ainsworth Inc. c/o Rabinowitz Galina 94 Willis Avenue Mineola, NY 11501 | | Air conditioning | Disputed | | | $60,806.06 |
| Alan Altshuler 160 Riverside Dr, Apt 9B New York, NY 10024 | | MCS Board Loan | | | | $50,000.00 |
| Alex Greystoke 12600 Hill Country Blvd Bldg R, Ste 275 Austin, TX 78738 | | Vendor | Disputed | | | $200,000.00 |
| Ben Jacoff 175 Riverside Drive #12G New York, NY 10024 | | | | | | $359,000.00 |
| Blackbaud (SaaS) PO Box 844887 Boston, MA 02284 | | Vendor | Disputed | | | $43,742.23 |
| Carioca Sports Club & Productions c/o Rothman Rocco 3 West Main St, Ste 200 Elmsford, NY 10523 | | S&C | Disputed | | | $31,207.50 |
| CCS 527 Madison Ave 5th Flr New York, NY 10022 | | Vendor | Disputed | | | $270,000.00 |
| CMB Consulting 89 Fairview Ave New York, NY 10040 | | | Disputed | | | $30,000.00 |

Debtor __**Manhattan Country School**_____     Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DA Davidson 757 3rd Ave Ste 1902 New York, NY 10017 | | | Disputed | | | $150,000.00 |
| Davis Wright Tremaine LLP 920 Fifth Ave Ste 3300 Seattle, WA 98104 | | | Disputed | | | $67,946.50 |
| Enzo Clinical Labs c/o VW Inc PO Box 4155 Sarasota, FL 34230 | | | Disputed | | | $24,280.00 |
| Fischer Loan/485 Legacy Loan 299 Park Ave, 42nd Flr New York, NY 10171-0002 | | loan | Disputed | | | $200,000.00 |
| ICCS 42 W 38th Street Rm 300 New York, NY 10018 | | | Disputed | | | $26,976.00 |
| IRS PO Box 21126 Philadelphia, PA 19114 | | Taxes | Disputed | | | $59,784.97 |
| Maiya Jackson 56 Benett Ave Apt 5A New York, NY 10033 | | | Disputed | | | $25,154.00 |
| Roger Mintz, CPA LLC 16 E. 96th St, #4D New York, NY 10128 | | | Disputed | | | $24,000.00 |
| Think Forward Financial Group 15 Overlook Terrace Larchmont, NY 10538 | | | Disputed | | | $150,000.00 |
| TIAA Reto 150 West 85th St New York, NY 10024 | | Employees | Disputed | | | $48,352.00 |
| Tom Haynie 407 E 91st St #5A New York, NY 10128 | | | | | | $200,000.00 |
| US Bank PO Box 70870 Saint Paul, MN 55170-9705 | | | Disputed | | | $45,731.36 |

| Fill in this information to identify the case: |
| --- |

Debtor name  **Manhattan Country School**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................  $     **39,692,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................................  $          **501,316.44**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................  $     **40,193,316.44**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $     **24,999,999.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................  $           **59,784.97**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................  +$      **2,363,748.78**

4.  **Total liabilities** ...........................................................................................................................
    Lines 2 + 3a + 3b                                                                                                                         $     **27,423,532.75**

**Fill in this information to identify the case:**

Debtor name   **Manhattan Country School**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Flushing Bank - main** | **Checking** | 2787 | $52,083.71 |
| 3.2. | **Flushing Bank - Professional Development Account** | **Checking** | 8260 | $0.00 |
| 3.3. | **Dodge and Cox** | **Trading Acct** | | $2,405.38 |
| 3.4. | **Wayne Bank - Farm** | **Savings** | 5134 | $27,862.35 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$82,351.44

**Part 2:**   **Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

Debtor    **Manhattan Country School**                                    Case number *(If known)* _____
         Name

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

   11a. 90 days old or less: __**105,765.00**__ - __**0.00**__ = .... __**$105,765.00**__
                              face amount        doubtful or uncollectible accounts

---

12.    **Total of Part 3.**                                                    | **$105,765.00** |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
       Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
       Name of entity:                                    % of ownership

   15.1.  **Chase Stock Trading Account** _____    _____ %    _____    **$0.00**

---

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**                                                    | **$0.00** |
       Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28.    **Crops-either planted or harvested**

---

Debtor    **Manhattan Country School**                                    Case number *(If known)* _____
_____
Name

| | | |
|---|---|---|
| **(Farm) Treatment Plant, 3536 New Kingston Rd, Roxbury, NY** | $0.00 | $0.00 |

29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish*
**12 cows/steer, 2 young stock over 1 yr, 3 hogs, 3 young stock under 1 yr - 3536 New Kingston Road, Roxbury, NY**                $0.00                $11,200.00

30. **Farm machinery and equipment** *(Other than titled motor vehicles)*

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**
**Farm - 3536 New Kingston Road, Roxbury, NY 12474**

**Farm equipment - 3 tractors, manure spreader, brush hog, syrup evaporator, mower**                $0.00                $52,000.00

33. **Total of Part 6.**                                                    $63,200.00
Add lines 28 through 32.  Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Various teacher/student equipment including** | $0.00 | | $250,000.00 |

Debtor   **Manhattan Country School**                          Case number *(If known)* _____
              Name

**cell phones, CLT and Acer chromebooks, laptops, projectors, network equipment - Debtor's place of business**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                              **$250,000.00**
        Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
        ■ No
        ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

        ■ No.  Go to Part 9.
        ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

        ☐ No.  Go to Part 10.
        ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **150 W 85th Street, New York, NY** | | **$0.00** | | **$38,000,000.00** |
| 55.2.  **3536 New Kingston Road, Roxbury, NY** | | **$0.00** | | **$1,692,000.00** |

56.    **Total of Part 9.**                                                                              **$39,692,000.00**
        Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
        Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
        ■ No
        ☐ Yes

Debtor  **Manhattan Country School**                    Case number *(If known)* _____
       Name

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 10:       Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

**Part 11:       All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

Debtor    **Manhattan Country School**                                    Case number *(If known)* _____
          <sub>Name</sub>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $82,351.44 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $105,765.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $63,200.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $250,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $39,692,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $501,316.44 | + 91b. $39,692,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $40,193,316.44 |

**Fill in this information to identify the case:**

Debtor name **Manhattan Country School**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 Flushing Bank**<br>Creditor's Name<br><br>**220 RXR Plaza**<br>**Attn: Loan Servicing**<br>**Uniondale, NY 11556**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**150 West 85th St, New York, NY**<br><br><br>Describe the lien<br>**Credit Line Mtg, Consolidation and Mod Agmt**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | **$2,999,999.00** | **$38,000,000.00** |

**2.1  Flushing Bank**
Creditor's Name

**220 RXR Plaza**
**Attn: Loan Servicing**
**Uniondale, NY 11556**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**150 West 85th St, New York, NY**

Describe the lien
**Credit Line Mtg, Consolidation and Mod Agmt**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2-6-2019**
**Last 4 digits of account number**
**0001**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Column A **Amount of claim** Do not deduct the value of collateral.  **$2,999,999.00**
Column B **Value of collateral that supports this claim**  **$38,000,000.00**

---

**2.2  US Bank/Flushing Bank**
Creditor's Name

**220 RXR Plaza**
**Attn: Loan Servicing**
**Uniondale, NY 11556**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**150 West 85th St, New York, NY**

Describe the lien
**Series 2016 Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/7/16**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Column A  **$22,000,000.00**
Column B  **$38,000,000.00**

Debtor    **Manhattan Country School**
_____
　　　　　　Name

Case number (if known) _____

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $24,999,999.00 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

**Fill in this information to identify the case:**

Debtor name __**Manhattan Country School**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1** | Priority creditor's name and mailing address
**IRS**
**PO Box 21126**
**Philadelphia, PA 19114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Total claim** $59,784.97     **Priority amount** $59,784.97

Date or dates debt was incurred
**2020**

Basis for the claim:
**Taxes**

Last 4 digits of account number __**P171**__

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**3.1** | Nonpriority creditor's name and mailing address
**Ainsworth Inc.**
**c/o Rabinowitz Galina**
**94 Willis Avenue**
**Mineola, NY 11501**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Amount of claim** $60,806.06

Date(s) debt was incurred __2023__

Basis for the claim: __Air conditioning__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

**3.2** | Nonpriority creditor's name and mailing address
**Alan Altshuler**
**160 Riverside Dr, Apt 9B**
**New York, NY 10024**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim** $50,000.00

Date(s) debt was incurred __4/1/25__

Basis for the claim: __MCS Board Loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Manhattan Country School** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200,000.00 |
|---|---|---|
| **Alex Greystoke**<br>**12600 Hill Country Blvd**<br>**Bldg R, Ste 275**<br>**Austin, TX 78738** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,900.00 |
|---|---|---|
| **All Restoration Inc**<br>**159-36 84th St**<br>**Howard Beach, NY 11414** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __2023__ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,246.00 |
|---|---|---|
| **Alliant Ins Services**<br>**PO Box 22052**<br>**New York, NY 10087-2052** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __2022__ | Basis for the claim: __401K/403B__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|
| **Alliant Retirement Srvcs**<br>**159-36 84th Street**<br>**Howard Beach, NY 11414** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __2021-2023__ | Basis for the claim: __Retirement__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,758.93 |
|---|---|---|
| **American Express Travel**<br>**c/o Jaffe & Asher LLP**<br>**600 Third Avenue**<br>**New York, NY 10016** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Credit Card__ | |
| Last 4 digits of account number __2007,4005,1000,ndex__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,150.00 |
|---|---|---|
| **American National**<br>**3465 S Arlington Rd**<br>**Ste E#183**<br>**Akron, OH 44312** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __2024__ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|
| **Anna Sobel**<br>**24-45 27th St, #2B**<br>**Astoria, NY 11102** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __2023__ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Manhattan Country School** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address
**Apple Financial**
PO Box 31001-0497
Pasadena, CA 91110

Date(s) debt was incurred  **2022-2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$2,676.68**

---

**3.11** | Nonpriority creditor's name and mailing address
**Apple Inc.**
PO Box 41602
Philadelphia, PA 19101

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Computer**

Is the claim subject to offset? ☑ No ☐ Yes

**$69.70**

---

**3.12** | Nonpriority creditor's name and mailing address
**Assured Environments**
45 Broadway 10th Flr
New York, NY 10006

Date(s) debt was incurred  **2021-2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$4,284.40**

---

**3.13** | Nonpriority creditor's name and mailing address
**Atlantic Engineering Labs**
21 Randolph Ave
Avenel, NJ 07001

Date(s) debt was incurred  **2021-2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$975.00**

---

**3.14** | Nonpriority creditor's name and mailing address
**Beehive Press**
PO Box 409
Bronx, NY 10469

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$3,648.37**

---

**3.15** | Nonpriority creditor's name and mailing address
**Ben Jacoff**
175 Riverside Drive #12G
New York, NY 10024

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$359,000.00**

---

**3.16** | Nonpriority creditor's name and mailing address
**Blackbaud (SaaS)**
PO Box 844887
Boston, MA 02284

Date(s) debt was incurred  _

Last 4 digits of account number  **2024**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

**$43,742.23**

---

| Debtor | **Manhattan Country School** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| **3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,288.15** |
|---|---|---|---|

**C2Staffing Solutions**
**420 Greenley Rd**
**New Canaan, CT 06840**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Services**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No   ☐ Yes

---

| **3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,192.74** |
|---|---|---|---|

**Canon Financial**
**158 Gaither Dr**
**Mount Laurel, NJ 08054**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  __

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No   ☐ Yes

---

| **3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,207.50** |
|---|---|---|---|

**Carioca Sports Club &**
**Productions c/o Rothman Rocco**
**3 West Main St, Ste 200**
**Elmsford, NY 10523**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **S&C**

Last 4 digits of account number  **7824**

Is the claim subject to offset? ☑ No   ☐ Yes

---

| **3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$270,000.00** |
|---|---|---|---|

**CCS**
**527 Madison Ave**
**5th Flr**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2021-2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No   ☐ Yes

---

| **3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,664.45** |
|---|---|---|---|

**Cell Mechanic Inc**
**c/o Fella Law Firm**
**PO Box 696**
**Babylon, NY 11702**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **S&C**

Last 4 digits of account number  **0724**

Is the claim subject to offset? ☑ No   ☐ Yes

---

| **3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,522.45** |
|---|---|---|---|

**Chefswarehouse**
**PO Box 30943**
**New York, NY 10087-0943**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  __

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No   ☐ Yes

---

| **3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**CMB Consulting**
**89 Fairview Ave**
**New York, NY 10040**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  __

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No   ☐ Yes

---

Debtor    **Manhattan Country School**                                    Case number (if known) _____
_____
Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,550.00 |
|---|---|---|---|

**Consulting and Testing Srvcs**
**237 W 35th St**
**Ste 1201**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|

**Corporate Creations Int'l**
**801 US Highway 1**
**North Palm Beach, FL 33408**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,313.71 |
|---|---|---|---|

**Corporate Power Inc**
**62 William St**
**5th Flr**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __2021__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.57 |
|---|---|---|---|

**CSC**
**PO Box 13397**
**Philadelphia, PA 19101-3397**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __2022__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,030.00 |
|---|---|---|---|

**CTSI**
**237 West 35th Street**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,110.10 |
|---|---|---|---|

**Cydelle Bernlin**
**124 West 60th St**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Judgment__

Last 4 digits of account number __24NY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

**DA Davidson**
**757 3rd Ave**
**Ste 1902**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __2022-2023__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Manhattan Country School**
Name

Case number (if known)

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,410.00**

**Dakom Service Inc.**
**31 South St**
**Ste 4S-3**
**Mount Vernon, NY 10550**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$382.00**

**David Fagan**
**150 West 85th Street**
**New York, NY 10024**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim: _

Last 4 digits of account number  **1023**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$67,946.50**

**Davis Wright Tremaine LLP**
**920 Fifth Ave**
**Ste 3300**
**Seattle, WA 98104**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2021-2023**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$391.14**

**District Central Station LLC**
**249-02 Jericho Tpke**
**Ste 107**
**Floral Park, NY 11001**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim: _

Last 4 digits of account number  **3751**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$720.00**

**Druide Informatique Inc.**
**135 Saint Alexander, Ste 1040**
**Montreal, CA  2CH3A2G4**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,749.23**

**Dualfuel**
**3601 Fieldston Road**
**Bronx, NY 10463**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2022-2024**

Basis for the claim:  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,337.50**

**Eco-Investigators BK LLC**
**161 Winthrop St**
**4F**
**Brooklyn, NY 11225**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2022-2023**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Manhattan Country School | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24,280.00**

**Enzo Clinical Labs**
**c/o VW Inc**
**PO Box 4155**
**Sarasota, FL 34230**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __2022__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,295.00**

**F&J Assigning Inc**
**5835 NW Bates Ave**
**Port Saint Lucie, FL 34986**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __2025__

Basis for the claim: __

Last 4 digits of account number __107__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200,000.00**

**Fischer Loan/485 Legacy Loan**
**299 Park Ave, 42nd Flr**
**New York, NY 10171-0002**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __8/26/2019__

Basis for the claim: __loan__

Last 4 digits of account number __1220__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$907.05**

**Follett School Solutions**
**91826 Collection Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __

Last 4 digits of account number __8056__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,000.00**

**Fretta Reitzes Consulating**
**144 West 86th St**
**New York, NY 10024**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __2024__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$45.09**

**Frontstream**
**75 Remittance Dr**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __

Last 4 digits of account number __9752__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,500.00**

**Gleason & Koatz LLP**
**437 Madison Ave**
**24th Flr**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __

Last 4 digits of account number __0240__

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  __**Manhattan Country School**__
          Name                                          Case number (if known)  _____

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,900.00**

**Health Rewards Retro**
**150 W 85th St**
**New York, NY 10024**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __**2024**__

Basis for the claim: __

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.17**

**HR Direct**
**3300 Gateway Drive**
**Pompano Beach, FL 33069**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __**2023**__

Basis for the claim: __

Last 4 digits of account number  __**9636,0561**__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00**

**Iberian Electric**
**54 Franklin Street**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __**2023**__

Basis for the claim: __

Last 4 digits of account number  __**3379**__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,976.00**

**ICCS**
**42 W 38th Street**
**Rm 300**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __**2023**__

Basis for the claim: __

Last 4 digits of account
number  __**870,901,864,763,235,353,430,44**__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,880.00**

**inRESONANCE Inc**

**Saint Petersburg, FL 33702**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __**2021-2022**__

Basis for the claim: __

Last 4 digits of account
number  __**160,239,281,429,498**__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,935.36**

**Jamie Big Shot Evans**
**330 W 58th St**
**Apt 17E**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __**2023**__

Basis for the claim: __

Last 4 digits of account number  __**6247,9820**__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.14**

**Ken Hornbeck**
**620 Town Bank Rd #D-15**
**Cape May, NJ 08204**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __**2024**__

Basis for the claim: __**Judgment**__

Last 4 digits of account number  __**24NY**__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Manhattan Country School** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,967.00**

**Kodely (Aloka LLC)**
**1 Orchid Drive**
**Plainsboro, NJ 08536**

Date(s) debt was incurred **2023**

Last 4 digits of account number **074,0741,119,163**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

**Love You Like, LLC**
**825 West End Ave, 11D**
**New York, NY 10035**

Date(s) debt was incurred **2022**

Last 4 digits of account number **1722**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,154.00**

**Maiya Jackson**
**56 Benett Ave Apt 5A**
**New York, NY 10033**

Date(s) debt was incurred **2023-2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,112.00**

**Manhattan Placements**
**501 E 79th St, Apt 6A**
**New York, NY 10075**

Date(s) debt was incurred **2022-2023**

Last 4 digits of account number **1481,1506**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,000.00**

**Michele Sola**
**509 Second Ave, #2L**
**Brooklyn, NY 11215-2632**

Date(s) debt was incurred **2020**

Last 4 digits of account number **2577**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,201.58**

**Narda Skov, MPH**
**916 Kingston Ave**
**Oakland, CA 94611**

Date(s) debt was incurred **2023**

Last 4 digits of account number **24NA**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**Nikkolas Smith**
**Elyse Marshall**
**New York, NY 10009**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Manhattan Country School** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

Nikole Hannah-Jones
Elyse Marshall
New York, NY 10009

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,250.00**

NonprofitHR
14416 Street NW, Ste 620
Washington, DC 20005

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim: __

Last 4 digits of account number  **3986**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,730.00**

NYSAIS
17 Elk Street
Albany, NY 12207

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2023-2024**

Basis for the claim: __

Last 4 digits of account number  **6699**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,147.74**

NYSAIS Operations
17 Elk Street
Albany, NY 12207

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2022-2023**

Basis for the claim: __

Last 4 digits of account number  **9767,9836,0098**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,361.04**

Ofc & Prof Unn Local 210 UAW
256 West 38th Street #704
New York, NY 10018

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,187.84**

Paul Williams
135 Webber Ave
Apt #2
Tarrytown, NY 10591

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim: __

Last 4 digits of account number  **1724,2024**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$331.45**

Pitney Bowes Leasing
PO Box 371887
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim: __

Last 4 digits of account number  **6261,0510**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Manhattan Country School** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,302.58**

**Receivables Control Corp**
**7373 Kirkwoo  Court N, Ste 200**
**Maple Grove, MN 55369**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim: _

Last 4 digits of account number  **3507**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**Renee Watson**
**Elyse Marshall**
**New York, NY 10009**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**Rhyr Powell**
**260 West 121st St**
**Apt A**
**New York, NY 10027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$790.00**

**Robert J. Miller & Assoc**
**124 Delaware Street**
**Tonawanda, NY 14150**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim: _

Last 4 digits of account number  **5711,5713**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00**

**Roe Intrieri**
**13 Alice Rd**
**North Salem, NY 10560**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim: _

Last 4 digits of account number  **NO25**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,000.00**

**Roger Mintz, CPA LLC**
**16 E. 96th St, #4D**
**New York, NY 10128**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,568.25**

**Rubicon West LLC**
**Salmon**
**Portland, OR 97204**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2022-2023**

Basis for the claim: _

Last 4 digits of account number  **6250,7250,7694**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Manhattan Country School** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,800.00**

Ruvna, Inc.
201 Varick Street, 508
New York, NY 10014

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2023-2024**

Last 4 digits of account number  **5250**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$198.00**

Savvas Learning Company
15 East Midland Ave
Ste 502
Paramus, NJ 07652

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **7246**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$82.35**

Scholastic
557 Broadway
New York, NY 10012

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **3140**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$906.75**

School Specialty
PO Box 825640
Philadelphia, PA 19182-5640

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,642.00**

Schulte Roth & Zabel LLP
11040 PO Box 11839
Newark, NJ 07101-8138

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **6676**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$556.50**

Sherwin Williams
600 Amsterdam Ave
New York, NY 10024

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **2111**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,083.89**

Staples
NYPO Box 415256
Boston, MA 02241-5256

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2023-2024**

Last 4 digits of account number  _

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Manhattan Country School**                                        Case number (if known) _____
          Name

| | | |
|---|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $7,031.26 |

**3.80**

**Nonpriority creditor's name and mailing address**

**Telco Experts**
**3296**
**New York, NY 10087-3296**

Date(s) debt was incurred  **2024-2025**

Last 4 digits of account number  **211,230,247,218**

As of the petition filing date, the claim is: *Check all that apply.*                                **$7,031.26**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.81**

**Nonpriority creditor's name and mailing address**

**The Jane Group**
**PO Box 88**
**Westmont, IL 60559**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                **$18,925.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.82**

**Nonpriority creditor's name and mailing address**

**Think Forward Financial Group**
**15 Overlook Terrace**
**Larchmont, NY 10538**

Date(s) debt was incurred  **2022-2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                **$150,000.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.83**

**Nonpriority creditor's name and mailing address**

**TIAA Reto**
**150 West 85th St**
**New York, NY 10024**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                **$48,352.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Employees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.84**

**Nonpriority creditor's name and mailing address**

**Togetherhood LLC**
**41 Wst 73rd St**
**Apt 1**
**New York, NY 10023**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **2172,2213**

As of the petition filing date, the claim is: *Check all that apply.*                                **$8,240.67**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.85**

**Nonpriority creditor's name and mailing address**

**Tom Haynie**
**407 E 91st St #5A**
**New York, NY 10128**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                **$200,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.86**

**Nonpriority creditor's name and mailing address**

**Total Fire Protection**
**5322 Avenue N**
**Brooklyn, NY 11234**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **6329**

As of the petition filing date, the claim is: *Check all that apply.*                                **$3,065.77**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Manhattan Country School**    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $6,129.53 |

**3.87** | **Nonpriority creditor's name and mailing address**
**Trane US Inc.**
**PO Box 406469**
**Atlanta, GA 30384-6469**

Date(s) debt was incurred  **2022-2023**
Last 4 digits of account number  **992,552,542,518**

As of the petition filing date, the claim is: *Check all that apply.*   **$6,129.53**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _____

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address**
**Ultimate Impressions**
**11-42 46th Rd, Ste 201**
**Long Island City, NY 11101**

Date(s) debt was incurred  **2024**
Last 4 digits of account number  **0176,0206**

As of the petition filing date, the claim is: *Check all that apply.*   **$1,503.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _____

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address**
**US Bank**
**PO Box 70870**
**Saint Paul, MN 55170-9705**

Date(s) debt was incurred  **2023**
Last 4 digits of account number  **2623**

As of the petition filing date, the claim is: *Check all that apply.*   **$45,731.36**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _____

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address**
**Weaver and Tidwell**
**2821 West 7th St, Ste 700**
**Fort Worth, TX 76107**

Date(s) debt was incurred  **2024**
Last 4 digits of account number  **1968**

As of the petition filing date, the claim is: *Check all that apply.*   **$10,500.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _____

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address**
**Wolters Kluwer**
**28 Liberty Street**
**New York, NY 10005**

Date(s) debt was incurred  **2020**
Last 4 digits of account number  **0907**

As of the petition filing date, the claim is: *Check all that apply.*   **$1,170.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _____

Is the claim subject to offset?  ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ainsworth Inc.**<br>**83-40 72nd Drive**<br>**Ridgewood, NY 11385** | Line  **3.1**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 59,784.97 |
| 5b. Total claims from Part 2 | 5b. + | $ 2,363,748.78 |

Debtor   **Manhattan Country School**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Name

Case number (if known) ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.   $ _____ **2,423,533.75**

| Fill in this information to identify the case: |
|---|
| Debtor name **Manhattan Country School** |
| United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Facility Use Agreement and Lease -150 West 85th St, NY, NY** | |
| State the term remaining | **9 years, Exp 2034** | **Darkhei Noam** |
| List the contract number of any government contract | | **c/o Wachtel** |
| | | **771 West End Ave, Apt 5E** |
| | | **New York, NY 10025** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Contract for union as bargaining agent** | |
| State the term remaining | **Expires March, 2026** | |
| List the contract number of any government contract | | **Local 2110UAW** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Employment contract - Co-Head of School** | |
| State the term remaining | **1 year** | |
| List the contract number of any government contract | | **Maiya Jackson** |

**Fill in this information to identify the case:**

Debtor name     **Manhattan Country School**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City     State     Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City     State     Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City     State     Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City     State     Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    **Manhattan Country School**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **7/01/2024** to **Filing Date** | ☑ Operating a business<br>☐ Other | **$6,276,019.00** |
| **For prior year:**<br>From  **7/01/2023** to **06/30/2024** | ☑ Operating a business<br>☐ Other | **$6,281,262.00** |
| **For year before that:**<br>From  **07/01/2022** to **06/30/2023** | ☑ Operating a business<br>☐ Other | **$6,387,913.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **7/01/2024** to **Filing Date** | | **$2,375,000.00** |
| **For prior year:**<br>From **7/01/2023** to **06/30/2024** | | **$2,681,205.00** |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    **Manhattan Country School, Inc.**                                    Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. Telco Experts | 4/01/25 | $12,417.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Accounts payable** |
| 3.2. Tour Catering NYC Inc | 4/10/25 | $8,990.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Accouns payable** |

Debtor    **Manhattan Country School, Inc.**                                   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.3. Office and Professional Union Local 2110 UAQ | 2/7/25 | $8,836.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Union dues** |
| 3.4. ADP | 2/10/25 | $85,093.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **ADP** |
| 3.5. Blackbaud (SaaS) | 2/19/25 | $34,604.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Accounts payable** |
| 3.6 Austin | 2/20/25 | $16,473.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Accounts Payable** |
| 3.7. Ben Jacoff | 2/28/25 | $90,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Loan repayment** |
| 3.8. TIAA-Creff | 3/4/25 | $20,408.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. TELCO Experts | 3/10/25 | $8,744.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11 TIAA - Creff | 3/10/25 | $19,758.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **TIAA retirement plan** |
| 3.12. ADP TotalSource | 3/12/25 | $80,172.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Benefits** |

Debtor   **Manhattan Country School, Inc.**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.13   Blackbaud (SaaS) . | 4/11/25 | $21,871.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Accounts payable** |
| 3.14   Austin | 4/30/25 | $46,093.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Accounts payable** |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Alan Altschuler** | **1/22/25** | **$90,000.00** | **repayment of payroll cash flow loan** |
| **Roxanne Elings**<br>**407 E 91st St #5A**<br>**New York, NY 10128** | **5/3/24** | **$85,000.00** | repayment of payroll cash flow loan |
| **Ben Jacoff**<br>**175 Riverside Drive #12G**<br>**New York, NY 10024** | **2/28/25** | **$90,000.00** | **repayment of payroll cash flow loan** |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | **Manhattan Country School, Inc.** | | Case number *(if known)* | |

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Flushing v MCS**<br>**Index #850377/24** | **Foreclosure** | **NY Supreme Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Clydelle Bernilin v MCS**<br>**Index #SC-002427-24/NY** | **Judgment** | **NY County Civil Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Ainsworth Inc v MCS**<br>**Index #655411/2024** | **Mechanics Lien/S&C** | **NY Supreme Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **AMEX v. MCS**<br>**Index #:** | **Judgment** | **NY Supreme Court** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.5. | **Carioca Sports Club v MCS**<br>**Index #017178/24** | **S&C** | **NY County Civil Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Cell Mechanic Inc v. MCS**<br>**Index #020407/24** | **S&C** | **NY County Civil Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Ken Hornbeck v MCS**<br>**Index #SC-002425-24/NY** | **S&C** | **NY County Civil Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Narda Skov v MCS**<br>**Index #SC-002426-24/NY** | **S&C** | **NY County Civil Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:**   Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Debtor | **Manhattan Country School, Inc.** | Case number *(if known)* | |
|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Lester Korinman Kamran & Masini**<br>**600 Old Country Rd, Ste 330**<br>**Garden City, NY 11530** | | **4/28/25** | **$20,000.00** |
| | Email or website address<br>**rlester@lesterfirm.com** | | | |
| | Who made the payment, if not debtor?<br>**Kiran Kulkarni** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

| Debtor | **Manhattan Country School, Inc.** | | Case number *(if known)* | |

- providing any surgical, psychiatric, drug treatment, or obstetric care?

- ☑ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ☐ No.
- ☑ Yes. State the nature of the information collected and retained.

> **Student's personal information for enrollment purposes.**
> **Employee's personal information for payroll and tax purposes.**

Does the debtor have a privacy policy about that information?
- ☑ No
- ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ☑ Yes. Does the debtor serve as plan administrator?

  - ☐ No Go to Part 10.
  - ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **403(b)** | EIN:  **13-2546971** |

Has the plan been terminated?
- ☑ No
- ☐ Yes

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

- ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

- ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor   **Manhattan Country School, Inc.** _____   Case number *(if known)* _____

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☑ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☑ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

Debtor   **Manhattan Country School, Inc.**                                    Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1.   **West 85th Street Owner LLC**<br>**150 West 85th Street**<br>**New York, NY** | **Property ownership disregarded entity for IRS purposes** | EIN:   **13-2546971**<br><br>From-To   **2016 to Present** |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Ruben Oritz** | 2016-Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Weaver and Tidwell**<br>**One Pennsylvania Plaza**<br>**Ste 3200**<br>**New York, NY 10119** | Approx 2010-Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Weaver & Tidwell**<br>**One Pennsylvania Plaza**<br>**Ste 3200**<br>**New York, NY 10119** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Debtor    **Manhattan Country School, Inc.**    Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jim Shone | One Wilkinson Road, Ste One Brampton, Ontario, Canada  L6T 4M6 | | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Kiran Kulkarni | 30 Brookbank Court, Brampton, Ontario, Canada  L6Z 3G2 | | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Arun Kulkarni | | | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Roxanne Elings | | | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Marcin Sawicki | | | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Rhys Powell | | | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Alan Altshuler | | | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Michael Arons | | | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Smita Baliga | | | |

Debtor    **Manhattan Country School, Inc.**                                           Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Renee Campbell** | | | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Maida Galves** | | | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Carlos Garcia** | | | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Maiya Jackson** | | | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Surabhi Lal** | | | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Michelle Montgomery** | | | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Ben Jacoff** | | | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Carmine Branagan** | **89 Fairview Ave, New York, NY 10040** | Co-Head of School, Administration | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Princess Lyles** | **458 West 146th St, Apt #3N, New York, NY 10031** | Interim President | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor     **Manhattan Country School, Inc.** _____     Case number *(if known)* _____

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **TIAA** | EIN:     **13-2545971** |

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **May 16, 2025**

**/s/ Kiran Kulkarni** _____            **Kiran Kulkarni** _____
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re  __Manhattan Country School__      Case No. _____

                Debtor(s)      Chapter    __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 20,000.00 |
   | Prior to the filing of this statement I have received | $ | 20,000.00 |
   | Balance Due | $ | 0.00 |

2. $__1,738.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor     ☑ Other (specify):    **Kiran Kulkarni**

4. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
           **NONE**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__May  6, 2025__                      **/s/ Roy J. Lester, Esq. RJL**
*Date*                                     **Roy J. Lester, Esq. RJL 9118**
                                        *Signature of Attorney*
                                        **Lester Korinman Kamran & Masini, P.C.**
                                        **600 Old Country Road**
                                        **Suite 330**
                                        **Garden City, NY 11530**
                                        **(516) 357-9191  Fax: (516) 357-9281**
                                        **rlester@lesterfirm.com**
                                        *Name of law firm*

# United States Bankruptcy Court
## Southern District of New York

In re __Manhattan Country School__

Debtor(s)

Case No. _____

Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the Nonprofit education corp. named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __May 16, 2025__

Signature __/s/ Kiran Kulkarni__
__Kiran Kulkarni__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of New York

In re   **Manhattan Country School**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the  of the Nonprofit education corp. named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 16, 2025**

**/s/ Kiran Kulkarni**
**Kiran Kulkarni**/
Signer/Title

AINSWORTH INC.
C/O RABINOWITZ GALINA
94 WILLIS AVENUE
MINEOLA, NY 11501


AINSWORTH INC.
83-40 72ND DRIVE
RIDGEWOOD, NY 11385


ALAN ALTSHULER
160 RIVERSIDE DR, APT 9B
NEW YORK, NY 10024


ALEX GREYSTOKE
12600 HILL COUNTRY BLVD
BLDG R, STE 275
AUSTIN, TX 78738


ALL RESTORATION INC
159-36 84TH ST
HOWARD BEACH, NY 11414


ALLIANT INS SERVICES
PO BOX 22052
NEW YORK, NY 10087-2052


ALLIANT RETIREMENT SRVCS
159-36 84TH STREET
HOWARD BEACH, NY 11414


AMERICAN EXPRESS TRAVEL
C/O JAFFE & ASHER LLP
600 THIRD AVENUE
NEW YORK, NY 10016


AMERICAN NATIONAL
3465 S ARLINGTON RD
STE E#183
AKRON, OH 44312


ANNA SOBEL
24-45 27TH ST, #2B
ASTORIA, NY 11102

APPLE FINANCIAL
PO BOX 31001-0497
PASADENA, CA 91110


APPLE INC.
PO BOX 41602
PHILADELPHIA, PA 19101


ASSURED ENVIRONMENTS
45 BROADWAY 10TH FLR
NEW YORK, NY 10006


ATLANTIC ENGINEERING LABS
21 RANDOLPH AVE
AVENEL, NJ 07001


BEEHIVE PRESS
PO BOX 409
BRONX, NY 10469


BEN JACOFF
175 RIVERSIDE DRIVE #12G
NEW YORK, NY 10024


BLACKBAUD (SAAS)
PO BOX 844887
BOSTON, MA 02284


C2STAFFING SOLUTIONS
420 GREENLEY RD
NEW CANAAN, CT 06840


CANON FINANCIAL
158 GAITHER DR
MOUNT LAUREL, NJ 08054


CARIOCA SPORTS CLUB &
PRODUCTIONS C/O ROTHMAN ROCCO
3 WEST MAIN ST, STE 200
ELMSFORD, NY 10523


CCS
527 MADISON AVE
5TH FLR
NEW YORK, NY 10022

CELL MECHANIC INC
C/O FELLA LAW FIRM
PO BOX 696
BABYLON, NY 11702


CHEFSWAREHOUSE
PO BOX 30943
NEW YORK, NY 10087-0943


CMB CONSULTING
89 FAIRVIEW AVE
NEW YORK, NY 10040


CONSULTING AND TESTING SRVCS
237 W 35TH ST
STE 1201
NEW YORK, NY 10001


CORPORATE CREATIONS INT'L
801 US HIGHWAY 1
NORTH PALM BEACH, FL 33408


CORPORATE POWER INC
62 WILLIAM ST
5TH FLR
NEW YORK, NY 10005


CSC
PO BOX 13397
PHILADELPHIA, PA 19101-3397


CTSI
237 WEST 35TH STREET
NEW YORK, NY 10001


CYDELLE BERNLIN
124 WEST 60TH ST
NEW YORK, NY 10023


DA DAVIDSON
757 3RD AVE
STE 1902
NEW YORK, NY 10017

DAKOM SERVICE INC.
31 SOUTH ST
STE 4S-3
MOUNT VERNON, NY 10550


DAVID FAGAN
150 WEST 85TH STREET
NEW YORK, NY 10024


DAVIS WRIGHT TREMAINE LLP
920 FIFTH AVE
STE 3300
SEATTLE, WA 98104


DISTRICT CENTRAL STATION LLC
249-02 JERICHO TPKE
STE 107
FLORAL PARK, NY 11001


DRUIDE INFORMATIQUE INC.
135 SAINT ALEXANDER, STE 1040
MONTREAL, CA 2CH3A2G4


DUALFUEL
3601 FIELDSTON ROAD
BRONX, NY 10463


ECO-INVESTIGATORS BK LLC
161 WINTHROP ST
4F
BROOKLYN, NY 11225


ENZO CLINICAL LABS
C/O VW INC
PO BOX 4155
SARASOTA, FL 34230


F&J ASSIGNING INC
5835 NW BATES AVE
PORT SAINT LUCIE, FL 34986


FISCHER LOAN/485 LEGACY LOAN
299 PARK AVE, 42ND FLR
NEW YORK, NY 10171-0002

```
FLUSHING BANK
220 RXR PLAZA
ATTN: LOAN SERVICING
UNIONDALE, NY 11556


FOLLETT SCHOOL SOLUTIONS
91826 COLLECTION CENTER DR
CHICAGO, IL 60693


FRETTA REITZES CONSOLUTING
144 WEST 86TH ST
NEW YORK, NY 10024


FRONTSTREAM
75 REMITTANCE DR
CHICAGO, IL 60675


GLEASON & KOATZ LLP
437 MADISON AVE
24TH FLR
NEW YORK, NY 10022


HEALTH REWARDS RETRO
150 W 85TH ST
NEW YORK, NY 10024


HR DIRECT
3300 GATEWAY DRIVE
POMPANO BEACH, FL 33069


IBERIAN ELECTRIC
54 FRANKLIN STREET
BROOKLYN, NY 11222


ICCS
42 W 38TH STREET
RM 300
NEW YORK, NY 10018


INRESONANCE INC
SAINT PETERSBURG, FL 33702
```

```
IRS
PO BOX 21126
PHILADELPHIA, PA 19114


JAMIE BIG SHOT EVANS
330 W 58TH ST
APT 17E
NEW YORK, NY 10019


KEN HORNBECK
620 TOWN BANK RD #D-15
CAPE MAY, NJ 08204


KODELY (ALOKA LLC)
1 ORCHID DRIVE
PLAINSBORO, NJ 08536


LOVE YOU LIKE, LLC
825 WEST END AVE, 11D
NEW YORK, NY 10035


MAIYA JACKSON
56 BENETT AVE APT 5A
NEW YORK, NY 10033


MANHATTAN PLACEMENTS
501 E 79TH ST, APT 6A
NEW YORK, NY 10075


MICHELE SOLA
509 SECOND AVE, #2L
BROOKLYN, NY 11215-2632


NARDA SKOV, MPH
916 KINGSTON AVE
OAKLAND, CA 94611


NIKKOLAS SMITH
ELYSE MARSHALL
NEW YORK, NY 10009


NIKOLE HANNAH-JONES
ELYSE MARSHALL
NEW YORK, NY 10009
```

NONPROFITHR
14416 STREET NW, STE 620
WASHINGTON, DC 20005


NYSAIS
17 ELK STREET
ALBANY, NY 12207


NYSAIS OPERATIONS
17 ELK STREET
ALBANY, NY 12207


OFC & PROF UNN LOCAL 210 UAW
256 WEST 38TH STREET #704
NEW YORK, NY 10018


PAUL WILLIAMS
135 WEBBER AVE
APT #2
TARRYTOWN, NY 10591


PITNEY BOWES LEASING
PO BOX 371887
PITTSBURGH, PA 15250


RECEIVABLES CONTROL CORP
7373 KIRKWOO  COURT N, STE 200
MAPLE GROVE, MN 55369


RENEE WATSON
ELYSE MARSHALL
NEW YORK, NY 10009


RHYR POWELL
260 WEST 121ST ST
APT A
NEW YORK, NY 10027


ROBERT J. MILLER & ASSOC
124 DELAWARE STREET
TONAWANDA, NY 14150


ROE INTRIERI
13 ALICE RD
NORTH SALEM, NY 10560

```
ROGER MINTZ, CPA LLC
16 E. 96TH ST, #4D
NEW YORK, NY 10128


RUBICON WEST LLC
SALMON
PORTLAND, OR 97204


RUVNA, INC.
201 VARICK STREET, 508
NEW YORK, NY 10014


SAVVAS LEARNING COMPANY
15 EAST MIDLAND AVE
STE 502
PARAMUS, NJ 07652


SCHOLASTIC
557 BROADWAY
NEW YORK, NY 10012


SCHOOL SPECIALTY
PO BOX 825640
PHILADELPHIA, PA 19182-5640


SCHULTE ROTH & ZABEL LLP
11040 PO BOX 11839
NEWARK, NJ 07101-8138


SHERWIN WILLIAMS
600 AMSTERDAM AVE
NEW YORK, NY 10024


STAPLES
NYPO BOX 415256
BOSTON, MA 02241-5256


TELCO EXPERTS
3296
NEW YORK, NY 10087-3296


THE JANE GROUP
PO BOX 88
WESTMONT, IL 60559
```

THINK FORWARD FINANCIAL GROUP
15 OVERLOOK TERRACE
LARCHMONT, NY 10538


TIAA RETO
150 WEST 85TH ST
NEW YORK, NY 10024


TOGETHERHOOD LLC
41 WST 73RD ST
APT 1
NEW YORK, NY 10023


TOM HAYNIE
407 E 91ST ST #5A
NEW YORK, NY 10128


TOTAL FIRE PROTECTION
5322 AVENUE N
BROOKLYN, NY 11234


TRANE US INC.
PO BOX 406469
ATLANTA, GA 30384-6469


ULTIMATE IMPRESSIONS
11-42 46TH RD, STE 201
LONG ISLAND CITY, NY 11101


US BANK
PO BOX 70870
SAINT PAUL, MN 55170-9705


US BANK/FLUSHING BANK
220 RXR PLAZA
ATTN: LOAN SERVICING
UNIONDALE, NY 11556


WEAVER AND TIDWELL
2821 WEST 7TH ST, STE 700
FORT WORTH, TX 76107


WOLTERS KLUWER
28 LIBERTY STREET
NEW YORK, NY 10005