| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>----------------------------------------------------------X | 341 Meeting Date:  June 17, 2025<br>341 Meeting Time: 2:00 pm |
| In re<br><br>Manhattan Country School,<br><br>                           Debtor(s).<br>--------------------------------------------------------X | Chapter 11<br><br>Case No. 25-11009 (DSJ) |

### INSTRUCTIONS FOR TELEPHONIC SECTION 341 MEETING OF CREDITORS

The section 341 meeting of creditors for the above-captioned case(s) scheduled for **June 17, 2025, 2:00 p.m.** (the "Designated Meeting Time") will be conducted by **telephone conference.**

All parties shall appear by phone at the section 341 meeting at the Designated Meeting Time in accordance with the instructions below.

**Call-in Information**:

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

> Meeting Dial-in No:   877-459-4096, and
> when prompted enter the
> Participant Code: 6685886 followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded.  Thank you for you anticipated cooperation in this regard.

1

Dated: New York, New York
May 19, 2025

                        Respectfully submitted,

                        WILLIAM K. HARRINGTON
                        UNITED STATES TRUSTEE, REGION 2

By:    */s/ Paul K. Schwartzberg*
        Paul K. Schwartzberg
        Trial Attorney
        Office of the United States Trustee – NY Office
        Alexander Hamilton Custom House
        One Bowling Green, Room 534
        New York, NY 10004-1408
        Telephone: (212) 510-0500