UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re

      MANHATTAN COUNTRY SCHOOL,         Case No. 25-11009-DSJ

               Debtor.                           Chapter 11

---------------------------------------------------------------X

## ORDER DENYING WITHOUT PREJUDICE DEBTOR'S EMERGENCY MOTION FOR DEBTOR-IN-POSSESSION FINANCING

      On May 20, 2025, the Court conducted a hearing on the debtor's emergency motion for an order authorizing the debtor to obtain debtor-in-possession financing on a superpriority secured basis, and for related relief. The motion was opposed by Debtor's existing secured lender, and additional parties noted concerns as well. For reasons stated in an oral ruling on the record, the motion is denied without prejudice to renewal on modified proposed terms or backed by a further evidentiary showing that the proposal meets all applicable statutory requirements. All parties in interest retain all rights to oppose any such renewed request. The Court is available to hear any such application on an expedited basis. Any future contested DIP hearing that requires testimony will be conducted in person at the One Bowling Green courthouse.

**IT IS SO ORDERED.**

Dated: New York, New York
      May 20, 2025

                                                  *s/ David S. Jones*
                                           Honorable David S. Jones
                                           United States Bankruptcy Judge