Muriel Goode-Trufant
Corporation Counsel of the
City of New York
Attorney for the City Of New York,
100 Church Street, Room 5-238
New York, New York 10007
By: Zachary B._Kass (ZK-1944)
    Assistant Corporation Counsel
    212-356-2113

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
In re,                                                              Chapter 11

MANHATTAN COUNTRY SCHOOL,                                           Case No. 25-11009-DSJ


---------------------------------------------------------------- x

NOTICE OF APPEARANCE AND DEMAND
FOR SERVICE OF PAPERS OF THE CITY OF
NEW YORK

PLEASE TAKE NOTICE, that pursuant to Section 1109(b) of Title 11 of the United States Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, The City of New York hereby appears in the above-captioned case by its counsel, MURIEL GOODE-TRUFANT, Corporation Counsel for the City of New York.

Request is hereby made pursuant to Bankruptcy Rule 2002 for service of all papers, including, but not limited to, orders, reports, pleadings, motions, applications or petitions, and answering and reply papers, filed in the above captioned case by mailing one copy of any such paper to:

Muriel Goode-Trufant
Corporation Counsel of the.
City of New York
100 Church Street. Room 5-238
New York, New York 10007
Attn:· Zachary B. Kass, Esq

**PLEASE TAKE FURTHER NOTICE,** that the foregoing request includes, pursuant to Rule 3017 of the Federal Rules of Bankruptcy Procedure, copies of each disclosure statement and plan of reorganization filed or to be filed in the above-captioned case.

Dated New York, NY
May 21, 2025

        Muriel Goode-Trufant
        Corporation Counsel of the
        · City of New York

        By: **//Zachary B. Kass**
            Zachary B. Kass (ZK-1944)
            Assistant Corp. Counsel
            100 Church Street,
            New York, New York
            (212) 356-2113

To:· Roy J. Lester, Esq
     Lester, Korinman, PC
     600 Old Country Road
     Garden City, NY

     Office of the US Trustee
     Southern District of New York
     One Bowling Green
     New York, New York