**LEVY RATNER, P.C.**
Ryan J. Barbur
Jessica I. Apter
Nikita Rumsey
80 Eighth Avenue, Floor 8
New York, New York 10011
Telephone: (212) 627-8100
Facsimile: (212) 627-8182
Email: rbarbur@levyratner.com
    japter@levyratner.com
    nrumsey@levyratner.com
*Attorneys for Local 2110, Technical, Office
and Professional Union, UAW, AFL-CIO*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

In re:

Manhattan Country School,                                Chapter 11

                    Debtor.                             Case no. 25-11009-dsj

-------------------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE, that the undersigned hereby appears for Local 2110, Technical, Office and Professional Union, UAW, AFL-CIO, in the above-captioned case, pursuant to rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that all notices given or required to be given in the above captioned case under Bankruptcy Rule 2002, or otherwise, and all papers served or required to be served in this case be given to and served upon the undersigned attorney, at the address set forth below:

Ryan J. Barbur, Esq.
**Levy Ratner, P.C.**
80 Eighth Avenue, Floor 8
New York, New York 10011
(212) 627-8100
rbarbur@levyranter.com

25-056-00003: 11542529

Dated: May 23, 2025
      New York, New York

                                              LEVY RATNER, P.C.
                                              /s/ Ryan J. Barbur

                            By:    Ryan J. Barbur
                                   80 Eighth Avenue, 8th Floor
                                   New York, New York 10011
                                   (212) 627-8100
                                   (212) 627-8182 (fax)
                                   rbarbur@levyratner.com

                                   *Counsel for Local 2110, Technical,*
                                   *Office and Professional Union,*
                                   *UAW, AFL-CIO*