UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
In re:                                                                          Chapter 11

Manhattan Country School,                                         Case No. 25-11009 (DSJ)
a/k/a Manhattan Country School, Inc.,

                   Debtor.
---------------------------------------------------X

### ORDER SCHEDULING A HEARING ON SHORTENED NOTICE

Upon the application of Manhattan Country School a/k/a Manhattan Country School, Inc. (the "**Debtor**") a not for profit education corporation duly organized and existing under the laws of the State of New York, by and through its counsel, Lester Korinman Kamran & Masini, P.C., seeking the entry of an Order scheduling a hearing on shortened notice to consider Debtor's **renewed and modified** motion (the "**Motion**") pursuant to section 105 and section 364(d) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the "**Bankruptcy Code**") and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") (a) authorizing the Debtor to obtain debtor-in-possession financing, (b) granting a superpriority security interest, (c) approving the agreements related to the foregoing, and (d) granting related relief. Debtor having shown that such hearing is warranted under the facts and circumstances herein; it is hereby **[DSJ 5/29/2025]**

**ORDERED** that the Court shall hold a hearing on the Motion on May 30, 2025 at 2:00 PM via Zoom; and it is further

**ORDERED** that Debtor shall serve a copy of this Order and the underlying papers thereto on the Office of the United States Trustee, all parties having filed a notice of appearance in this case, the twenty largest unsecured creditors of the Debtor, and those parties identified as claiming or holding a valid perfected security interest in the real property commonly known as 150 West

85th Street, New York, New York (the "**Property**"), via facsimile transmission, electronic mail, or **personal service** ~~overnight mail~~ by no later than May 29, 2025, and it is further **[DSJ 5/29/2025]**

**ORDERED** that Debtor shall file an affidavit of service attesting to the service of this Order and the underlying documents thereto with the Court by no later than May 30, 2025; and it is further

**ORDERED that objections to the relief sought by this Motion may be asserted verbally at the May 30, 2025 hearing on the Motion, and it is further** ~~that responsive papers, if any, to the relief sought in the Debtor's Motion shall be served upon Lester Korinman Kamran & Masini, P.C., counsel to the Debtor; the Office of the United States Trustee, by no later than _____,2025.~~ **[DSJ 5/29/2025]**

**ORDERED that if any party in interest objects to the relief sought in this Motion based on insufficient notice thereof, the Court will consider treating the May 30, 2025 hearing on the Motion as a status conference and postponing the hearing on the Motion to next week. [DSJ 5/29/2025]**

It is so ordered.

Dated: New York, New York
May 29, 2025

                                       *s/ David S. Jones*
                                       Honorable David S. Jones
                                       United States Bankruptcy Judge