UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:                                                                    Chapter 11

MANHATTAN COUNTRY SCHOOL,                                Case No. 25-11009 (DSJ)

                                        Debtor.
-----------------------------------------------------------------x

## ORDER

     For reasons stated in an oral ruling on the record at a hearing on May 30, 2025,

Debtor's "emergency motion for the entry of interim and final orders" approving

proposed debtor-in-possession financing is denied. The Court's oral ruling is

incorporated herein.

So ordered.


Dated: New York, New York                    *s/ David S. Jones*
     May 30, 2025                              Honorable David S. Jones
                                                        United States Bankruptcy Judge