UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In re:                                                                        Case No.: 25-11009-dsj

Manhattan Country School,                                          Chapter 11
a/k/a Manhattan Country School, Inc.,

                  Debtor.
-----------------------------------------------------X

### DEBTOR'S APPLICATION SEEKING TO CONVERT CASE TO CHAPTER 7

Manhattan Country School a/k/a Manhattan Country School, Inc., (the "**Debtor**"), (the "**Debtor**") a not for profit education corporation duly organized and existing under the laws of the State of New York, pursuant to 11 U.S.C. §1112(a) hereby elects to convert the above-captioned Chapter 11 case (the "**Bankruptcy Case**") filed on May 16, 2025, (the "**Petition Date**") to a case under Chapter 7 of the Bankruptcy Code.

    1.    11 U.S.C. §1112(a) provides as follows:

> (a) The debtor may convert a case under this chapter to a case under chapter 7 of this title unless--
> (1) the debtor is not a debtor in possession;
> (2) the case originally was commenced as an involuntary case under this chapter; or
> (3) the case was converted to a case under this chapter other than on the debtor's request.

11 U.S.C.A. § 1112 (West).

    2.    The Debtor commenced this Bankruptcy Case on the Petition Date by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code and this case has not been previously converted to a case under any other Chapter of the Bankruptcy Code.

    3.    Pursuant to 11 U.S.C. Sections 1106 and 1107 the Debtor has remained in possession and management of its business and affairs. No hearing examiner or trustee has been

appointed and none of the Debtor's property is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any entity.

4. Upon information and belief, the Debtor is eligible to be a Debtor under Chapter 7 of the Bankruptcy Code.

WHEREFORE, the Debtor prays that this Honorable Court enter an Order converting this Bankruptcy Case to a case under Chapter 7 of the Bankruptcy Code.

Dated: May 30, 2025
      Garden City, New York

_____
Manhattan Country School
By: Kiran Kulkarni
Chairman, Board of Trustees

/s/ *Peter K. Kamran*
Lester Korinman Kamran & Masini, P.C.
By: Peter K. Kamran
*Counsel to the Debtor*
600 Old Country Road, Suite 330
Garden City, New York 11530
(516) 357-9191
pkamran@lesterfirm.com