UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:                                                                                    Case No.: 25-11009-dsj

Manhattan Country School,                                                Chapter 11
a/k/a Manhattan Country School, Inc.,

        Debtor.
-------------------------------------------------------X

## ORDER UPON CONVERSION

**WHEREAS**, the Debtor filed this voluntary Chapter 11 case on May 16, 2025;

**WHEREAS**, the Debtor has requested this Court to convert this Chapter 11 case to one under Chapter 7 of the Bankruptcy Code;

**WHEREAS**, the United States Trustee, by Paul Schwartzburg, Esq., has no objection to the relief requested by the Debtor; now therefore it is hereby,

**ORDERED**, that the above-captioned Chapter 11 case is converted to a case under Chapter 7 of the Bankruptcy Code; and it is further

**ORDERED**, that the Debtor must file the schedules of post-petition debts required by Federal Rule of Bankruptcy Procedure 1019(5) within fifteen days from the date of this Order; and it is further

**ORDERED**, that the Debtor is directed to appear at the meeting scheduled in the converted case pursuant to 11 U.S.C. 341(a) an at any adjournments thereof; and it is further

**ORDERED**, that the Debtor must preserve any and all books and records and make them available to the trustee forthwith; and it is further

**ORDERED**, that the Debtor is prohibited from disbursing, removing or transferring any assets of the estate except as set forth on the record at the hearing held before the Court on May 30, 2025.