

ROY J. LESTER*
GABRIEL R. KORINMAN
PETER K. KAMRAN
MARK I. MASINI**

JOHN SCHERER

*Also admitted in CA
**Also Admitted in NJ

**600 Old Country Road, Suite 330, Garden City, New York 11530**
Tel: (516) 357-9191 • Fax: (516) 357-9281• E-mail: rlester@lesterfirm.com

June 1, 2025

<u>Via ECF</u>;

The Honorable David S. Jones
United States Bankruptcy Judge
Southern District of New York
One Bowling Green
New York, New York 10004

Re: *<u>In re: Manhattan Country School, Chapter 11 Case No. 25-11009-dsj</u>*

Dear Honorable Sir:

This firm is counsel to Manhattan Country School a/k/a Manhattan Country School, Inc. (the "<u>Debtor</u>") in the above referenced Chapter 11 Bankruptcy Case (the "<u>Bankruptcy Case</u>") commenced on May 16, 2025.

Subsequent to the hearing held before the Court on May 30, 2025, the Debtor filed an application (the "<u>Application</u>") [dkt item 33] to convert this Chapter 11 Bankruptcy Case to a case under Chapter 7 of the Bankruptcy Code. I am writing to formally withdraw this Application.

I thank the Court for considering the above.

Respectfully submitted,

Peter K. Kamran, Esq.

cc: *All Appearing Counsel via ECF*