Brian S. Lennon
Stuart R. Lombardi
Betsy L. Feldman
Joseph R. Brandt
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Proposed Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
: 
In re: : Chapter 11
: 
Manhattan Country School, : 
a/k/a Manhattan Country School, Inc., : Case No. 25-11009 (DSJ)
: 
Debtor. : 
: 
---------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL PLEADINGS AND DOCUMENTS**

**PLEASE TAKE NOTICE** that, pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Willkie Farr & Gallagher LLP, as proposed counsel to Manhattan Country School a/k/a Manhattan Country School, Inc. (the "Debtor"), hereby appears in the above-captioned case and requests, pursuant to Bankruptcy Rules 2002, 9007 and 9010, and Bankruptcy Code section 342, that all papers, pleadings, motions and applications served or required to be served in this case, be given to and served upon the following:

**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

Attn:  Brian S. Lennon, Esq.
       Stuart R. Lombardi, Esq.
       Betsy L. Feldman, Esq.
       Joseph R. Brandt, Esq.

Email: blennon@willkie.com
       slombardi@willkie.com
       bfeldman@willkie.com
       jbrandt@willkie.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and the papers referred to in the Bankruptcy Rules and the Bankruptcy Code specified above, but also includes, without limitation, all orders and notices on any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by ordinary mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which may affect or seek to affect in any way any rights or interests of the Debtor with respect to the Debtor's estate, or any related entities, or property or proceeds thereof in which the Debtor's estate may claim an interest.

[*Remainder of Page Intentionally Left Blank*]

Dated: June 4, 2025
New York, New York

                    WILLKIE FARR & GALLAGHER LLP

                    By: */s/ Brian S. Lennon*
                         Brian S. Lennon
                         Stuart R. Lombardi
                         Betsy L. Feldman
                         Joseph R. Brandt
                         787 Seventh Avenue
                         New York, New York 10019
                         Telephone: (212) 728-8000
                         Facsimile: (212) 728-8111
                         blennon@willkie.com
                         slombardi@willkie.com
                         bfeldman@willkie.com
                         jbrandt@willkie.com

                         *Proposed Counsel for the Debtor*