Karen R. Zeituni
Barry Langman
**PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019
Tel: 212-373-3000
Fax: 212-757-3990

*Counsel for Darkhei Noam*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Manhattan Country School A/K/A Manhattan Country School, Inc., | Case No. 25-11009 (DSJ) |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby enter their appearance on behalf of Darkhei Noam and request that all notices given or required to be given in this case and any case consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith be given to and served upon the following:

>   Karen R. Zeituni
>   Barry Langman
>   **PAUL, WEISS, RIFKIND,
>    WHARTON & GARRISON LLP**
>   1285 Avenue of the Americas
>   New York, New York 10019-6064
>   Telephone: (212) 373-3000
>   Facsimile: (212) 757-3990
>   Email: kzeituni@paulweiss.com
>        blangman@paulweiss.com

This request encompasses all notices, copies, and pleadings referred to any and all (i) sections of Title 11 of the United States Code, and (ii) rules contained in the Federal Rules of

Bankruptcy Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex or otherwise that affect or seek to affect the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notices, nor any later appearance, pleading, claim, or suit shall be deemed or construed to be, a waiver of any of the Darkhei Noam's substantive or procedural rights, including without limitation, Darkhei Noam's rights: (1) to have final orders in non-core matters, or matters over which the Bankruptcy Court does not have constitutional adjudicatory authority, entered only after de novo review by a United States District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have a District Court withdraw the reference in any matter to which the creditor is or may be entitled under agreements, in law or in equity, (4) to make any election of remedy, (5) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or (6) to any rights, claims, actions, defenses, setoffs or recoupments, to which Darkhei Noam is or may be entitled, under any agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: June 6, 2025

/s/ Karen R. Zeituni

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Karen R. Zeituni
Barry Langman
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
kzeituni@paulweiss.com
blangman@paulweiss.com

*Counsel for Darkhei Noam*

3

## Certificate of Service

I hereby certify that, on this 6th day of June, 2025, a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* was served upon all counsel of record using the Court's CM/ECF system.

/s/ *Karen R. Zeituni*
Karen R. Zeituni