Hearing Date: June 13, 2025 at 10:00 a.m. (Eastern time)

Brian S. Lennon
Stuart R. Lombardi
Betsy L. Feldman
Joseph R. Brandt
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111

*Proposed Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
:
In re:                                                     :    Chapter 11
:
Manhattan Country School,                                  :
a/k/a Manhattan Country School, Inc.,                      :    Case No.  25-11009 (DSJ)
:
Debtor.                                                    :
:
---------------------------------------------------------x

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on June 4, 2025, the debtor and debtor-in-possession in the above-captioned case (the "Debtor") filed the *Status Report and Request for Hearing* [Docket No. 37] (the "Status Report").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Status Report, a hearing will be held on **June 13, 2025 at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing") before the Honorable David S. Jones, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that **the Hearing will only be conducted via Zoom videoconference, and there will be no ability to participate in the Hearing in person**. Parties wishing to participate in the Hearing, whether in a "live" or "listen only" capacity, must make an electronic appearance through the "eCourtAppearances" tab on the Court's website (https://www.nysb.uscourts.gov/content/judge-david-s-jones) no later than 4:00 p.m. (prevailing Eastern Time) on the business day before the Hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance.  Parties wishing to appear at the Hearing must submit an electronic appearance through the Court's website by the Appearance Deadline and not

by emailing or otherwise contacting the Court. Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

   **PLEASE TAKE FURTHER NOTICE** that if you would like to receive copies of the Status Report set forth above, you may access such documents online from the Bankruptcy Court's electronic case filing system located at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website.

Dated: June 6, 2025
New York, New York

                 WILLKIE FARR & GALLAGHER LLP

               By: */s/ Brian S. Lennon*
                 Brian S. Lennon
                 Stuart R. Lombardi
                 Betsy L. Feldman
                 Joseph R. Brandt
                 787 Seventh Avenue
                 New York, New York 10019
                 Telephone: (212) 728-8000
                 Facsimile: (212) 728-8111
                 blennon@willkie.com
                 slombardi@willkie.com
                 bfeldman@willkie.com
                 jbrandt@willkie.com

                 *Proposed Counsel for the Debtor*