Brian S. Lennon
Stuart R. Lombardi
Betsy L. Feldman
Joseph R. Brandt
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Proposed Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
|  |  |
|---|---|
| In re: | Chapter 11 |
| Manhattan Country School, a/k/a Manhattan Country School, Inc., | Case No. 25-11009 (DSJ) |
| Debtor. |  |

------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             )   ss.:
COUNTY OF NEW YORK           )

Lauren G. Walker, being duly sworn, deposes and says:

(I)   That she is not a party to the within action, is over the age of 21 years and resides in New York, New York.

(II)  That on June 5, 2025, she caused the following documents to be served via electronic mail to the parties on **Exhibit A**:
- Notice of Appearance [Docket No. 36]; and
- Status Report and Request for Hearing [Docket No. 37].

(III)    That on June 6, 2025, she caused the following document to be served via electronic mail to the parties on **Exhibit B**:

- Notice of Hearing [Docket No. 40].

/s/ *Lauren G. Walker*_____<br>Lauren G. Walker

Sworn to before me this 6th day of June 2025.

/s/*Anna L. Theroff*_____
Anna L. Theroff
Notary Public, State of New York
No. 01TH0017322
Qualified in New York County
Commission Expires Nov. 30, 2027

**Exhibit A**

Paul Schwartzberg
United States Trustee
Office of the United States Trustee – NY
One Bowling Green, Room 534
New York, NY 10004-1408
paul.schwartzberg@usdoj.gov

Richard J. McCord, Esq.
Robert D. Nosek, Esq.
Thomas J. McNamara, Esq.
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue, 9th Floor
East Meadow, NY 11554
rmccord@certilmanbalin.com
rnosek@certilmanbalin.com
tmcnamara@certilmanbalin.com

*Counsel to U.S. National Bank, National Association, as Trustee and Flushing Bank*

Kathleen M. LaManna, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
klamanna@goodwin.com
bankruptcy@goodwin.com
bankruptcyparalegal@goodwin.com

*Counsel to U.S. National Bank, National Association, as Trustee*

Courina Yulisa
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019-6119
yulisa.courina@dorsey.com

*Counsel to D.A. Davidson & Co.*

Zachary B. Kass
Muriel Goode-Trufant
100 Church Street, Room 5-238
New York, NY 10007
zkass@law.nyc.gov

*Counsel to the City of New York*

Ryan J. Barbur
Jessica I. Apter
Nikita Rumsey
Levy Ratner, P.C.
80 Eighth Avenue, Floor 8
New York, NY 10011
rbarbur@levyratner.com
japter@levyratner.com
nrumsey@levyratner.com

*Counsel to Local 2110, Technical, Office and Professional Union, UAW, AFL-CIO*

David Edelberg, Esq.
Scarinci Hollenbeck, LLC
150 Clove Road
9th Floor
Little Falls, New Jersey 07424
dedelberg@sh-law.com

*Counsel to ADP TotalSource Group Inc.*

Gregory Galterio, Esq.
ggalterio@jaffeandasher.com

*On behalf of American Express Travel*

Ben Jacoff
benjacoff@gmail.com

Shane Anderson
david.anderson@staples.com

*On behalf of Staples Inc.*

Corey Blay
corey.blay@gmail.com

Ainsworth, Inc.
bianca.maysonet@ainsworth.com

Carioca Sports Club & Productions
cariocasportsclub@gmail.com

CCS
Carmine.branagan@gmail.com

Davis Wright Tremaine LLP
roxanneelings@dwt.com

Enzo Clinical Labs
tkeglic@enzo.com

Fischer Loan/485 Legacy Loan
jprince@fisherbrothers.com

ICCS
Lee.lockley@nexustek.com

Maiya Jackson
mjackson@manhattancountryschool.org

Roger Mintz, CPA LLC
roger@rogermintzcpa.com

Think Forward Financial Group
sunil@thinkforwardfinancial.com

Tom Haynie
roxanneelings@dwt.com

Cell Mechanic
support@cellmechanicny.com

**Exhibit B**

Paul Schwartzberg
United States Trustee
Office of the United States Trustee – NY
One Bowling Green, Room 534
New York, NY 10004-1408
paul.schwartzberg@usdoj.gov

Richard J. McCord, Esq.
Robert D. Nosek, Esq.
Thomas J. McNamara, Esq.
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue, 9th Floor
East Meadow, NY 11554
rmccord@certilmanbalin.com
rnosek@certilmanbalin.com
tmcnamara@certilmanbalin.com

*Counsel to U.S. National Bank, National Association, as Trustee and Flushing Bank*

Kathleen M. LaManna, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
klamanna@goodwin.com
bankruptcy@goodwin.com
bankruptcyparalegal@goodwin.com

*Counsel to U.S. National Bank, National Association, as Trustee*

Courina Yulisa
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019-6119
yulisa.courina@dorsey.com

*Counsel to D.A. Davidson & Co.*

Zachary B. Kass
Muriel Goode-Trufant
100 Church Street, Room 5-238
New York, NY 10007
zkass@law.nyc.gov

*Counsel to the City of New York*

Ryan J. Barbur
Jessica I. Apter
Nikita Rumsey
Levy Ratner, P.C.
80 Eighth Avenue, Floor 8
New York, NY 10011
rbarbur@levyratner.com
japter@levyratner.com
nrumsey@levyratner.com

*Counsel to Local 2110, Technical, Office and Professional Union, UAW, AFL-CIO*

David Edelberg, Esq.
Scarinci Hollenbeck, LLC
150 Clove Road
9th Floor
Little Falls, New Jersey 07424
dedelberg@sh-law.com

*Counsel to ADP TotalSource Group Inc.*

Karen Zeituni
Barry Langman
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
kzeituni@paulweiss.com
blangman@paulweiss.com

*On behalf of Darkei Noam*

Gregory Galterio, Esq.
ggalterio@jaffeandasher.com

*On behalf of American Express Travel*

Ben Jacoff
benjacoff@gmail.com

Shane Anderson
david.anderson@staples.com

*On behalf of Staples Inc.*

Corey Blay
corey.blay@gmail.com

Ainsworth, Inc.
bianca.maysonet@ainsworth.com

Carioca Sports Club & Productions
cariocasportsclub@gmail.com

CCS
Carmine.branagan@gmail.com

Davis Wright Tremaine LLP
roxanneelings@dwt.com

Enzo Clinical Labs
tkeglic@enzo.com

Fischer Loan/485 Legacy Loan
jprince@fisherbrothers.com

ICCS
Lee.lockley@nexustek.com

Maiya Jackson
mjackson@manhattancountryschool.org

Roger Mintz, CPA LLC
roger@rogermintzcpa.com

Think Forward Financial Group
sunil@thinkforwardfinancial.com

Tom Haynie
roxanneelings@dwt.com

Cell Mechanic
support@cellmechanicny.com