**FOLEY & LARDNER LLP**
Katherine R. Catanese
Alissa M. Nann
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
kcatanese@foley.com
anann@foley.com

*Counsel to the Manhattan Country School Parents and Caregivers Association*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | Chapter 11 |
| **Manhattan Country School a/k/a Manhattan Country School, Inc.** | Case No. 25-11009 (DSJ) |
| **Debtor.** | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Katherine R. Catanese and Alissa M. Nann of Foley & Lardner LLP hereby appear as counsel to the Manhattan County School Parents and Caregivers Association of the above-captioned debtor. Pursuant to Rules 2002, 7005, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Foley & Lardner LLP requests that all notices given or required to be given in these cases, and all papers served or required to be served in this case, be given and served upon the undersigned at the following addresses:

> Katherine R. Catanese
> Alissa M. Nann
> FOLEY & LARDNER LLP
> 90 Park Avenue
> New York, NY 10016
> Telephone: 212-682-7474
> Facsimile: 212-687-2329
> Email: kcatanese@foley.com
> anann@foley.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise that affects the above-named debtor or debtor in possession, or the property of such debtor or the debtor's estate.

Dated: June 10, 2025
New York, New York

**FOLEY & LARDNER LLP**

_/s/Katherine R. Catanese_
Katherine R. Catanese
Alissa M. Nann
90 Park Avenue
New York, New York 10016
Tel: (212) 682-7474
kcatanese@foley.com
anann@foley.com

*Counsel to the Manhattan Country School Parents and Caregivers Association*

## CERTIFICATE OF SERVICE

I certify that on June 10, 2025, I caused to be served a copy of the foregoing Notice of Appearance and Request for Service of Papers via ECF.

By: _/s/ Katherine R. Catanese_
Katherine R. Catanese