

**U.S. Department of Justice**

Office of the United States Trustee
*Southern District of New York*

*Alexander Hamilton Custom House*
*One Bowling Green*                        *(212) 510-0500*
*Room 534*                                *Fax: (212) 668-2361*
*New York, New York 10004-1408*

**CONVERTED CASE MEMORANDUM**

TO:          Case Administration-Judge Team for Judge Jones
              New York, New York

FROM:        William K. Harrington
              United States Trustee

PREPARED BY:  Mary Moroney

DATE:        June 18, 2025

RE:          Appointment of Chapter 7 Trustee - Converted Case
              From Chapter <u>11</u> case to Chapter <u>7</u> - And Scheduling
              of Section 341(a) Meeting To Be Noticed by Clerk's
              Office
----------------------------------------------------------------

     The below listed case has been reviewed.

     **Albert Togut** has been selected as the interim trustee for the case. His address is **Togut, Segal & Segal, One Penn Plaza, Suite 3335, New York, New York 10119. Telephone No.(212) 594-5000 Fax (212) 967-4258.**

     The 341(a) meeting for the case will be held by Zoom with Albert Togut as the trustee on **July 16, 2025** at the time indicated below:

     <u>CONVERTED CHAPTER (11) CASE TO CHAPTER 7 CASE</u>

**11:00 A.M.**

Manhattan Country School                         25-11009(DSJ)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re

Manhattan Country School,              25-11009(DSJ)
    Debtor(s).

APPOINTMENT OF INTERIM TRUSTEE AND TRUSTEE
AND DESIGNATION OF REQUIRED BOND

    **Albert Togut** of New York, New York is hereby appointed, pursuant to 11 U.S.C. 701(a) as Interim Trustee for the estate(s) of the above named debtor(s).  <u>See</u> 11 U.S.C. 701(c).  If no trustee is elected, you shall serve as the Trustee in this case by operation of law.  11 U.S.C. 702(d).

    The amount of your bond is covered by the bond of Interim Trustees in Chapter 7 cases issued by United States Fire Insurance Company which is on file with the Office.  <u>See</u> 11 U.S.C. § 322(a) Federal Rules of Bankruptcy Procedure 2010(a).  In addition, because your blanket acceptance of appointment is on file (FRBP 2008; FRBP 2010(a)), you are required to notify the undersigned in writing within five (5) business days after receipt of this notice only in the event you reject this appointment.

Dated:  New York, New York
       June 18, 2025

                          <u>William K. Harrington</u>
                          William K. Harrington
                          United States Trustee
                          One Bowling Green
                          Room 534
                          New York, New York 10004

‣‣FILE A:\11TO7