UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
                :
In re:                                            :          Chapter 7

MANHATTAN COUNTRY SCHOOL,     :          Case No. 25-11009 (DSJ)
a/k/a MANHATTAN COUNTRY SCHOOL, INC.,  :

          Debtor.                    :

------------------------------------------------------------------------x

## ORDER AUTHORIZING EMPLOYMENT OF
## CARETAKER OF DEBTOR'S FARM

Upon the application (the "Application")[1] [Docket No. 63] of Albert Togut, not individually but solely in his capacity as the Chapter 7 Trustee (the "Trustee") of the estate of Manhattan Country School, a/k/a Manhattan Country School, Inc. (the "Debtor"), for entry of an order (this "Order") authorizing the employment of John McDaniel ("McDaniel") as caretaker of the Debtor's Farm *nunc pro tunc* to June 24, 2025, pursuant to the terms set forth in the Application; and it appearing that this Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order, and that consideration of the Application is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that good and sufficient notice of the Application was given by the Trustee, and that no additional notice of the Application is necessary or required; and the Court having considered the Application, the supporting Berger Declaration; and no objections to the Application being interposed; and the Trustee having filed the Certificate of No Objection [Docket No. 75]; and it appearing that the relief requested by the Application is in the best interests of the Estate,

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

creditors, and other parties in interest; and after due deliberation, and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Application is granted to the extent set forth herein.

2. Pursuant to sections 105(a) and 363(b) of the Bankruptcy Code, the Trustee is authorized to employ McDaniel as caretaker to perform the Services described in the Application *nunc pro tunc* to June 24, 2025 in accordance with the terms and conditions set forth in the Application.

3. The Trustee is authorized to compensate McDaniel at the rate of $500 per month so long as McDaniel performs the Services, without further order of the Court.

4. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

5. The Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Application.

6. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: August 1, 2025

                                               *s/ David S. Jones*
                                               HONORABLE DAVID S. JONES
                                               UNITED STATES BANKRUPTCY JUDGE