UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                              :
                                                    :        Case No. 25−11009-dsj
**MANHATTAN COUNTRY SCHOOL**                        :
                                                    :        Chapter 7
         Debtor.                                    :
------------------------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE, that the undersigned is an officer of Corporate Power, Inc. and hereby appears for Corporate Power, Inc. in the above-captioned case, pursuant to rule 9010(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that all notices given or required to be given in the above captioned case under Bankruptcy Rule 2002, or otherwise, and all papers served or required to be served in this case be given to and served upon the undersigned, at the address set forth below:

Ajay Khanna
Corporate Power Inc.
99 Wall Street Suite 1993
New York, NY 10005
(917) 757-1535
ajay.khanna@corporatepower.com

Dated: August 15, 2025
       Golden, CO

                                        AJAY KHANNA
                                        /s/ Ajay Khanna

                                        By: Ajay Khanna
                                        Corporate Power, Inc.
                                        99 Wall Street Suite 1993
                                        New York, NY 10005
                                        (917) 757-1535

                                        *Officer and Employee of Corporate Power, Inc.*