IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>MANHATTAN COUNTRY SCHOOL,<br><br>Debtor. | Case No. 25–11009<br><br>(Chapter 7)<br><br>Judge David S. Jones |
|---|---|

## APPLICATION FOR APPROVAL OF FEES

## BY CORPORATE POWER, INC.

## FOR THE PERIOD MAY 16, 2025 THROUGH AUG 15, 2025

Corporate Power, Inc. ("Corporate Power") makes this application for the Court to approve the fees incurred by Corporate Power as an outside IT services provider for Manhattan Country School.

In support of this application, Corporate Power respectfully represents:

**THE DEBTOR**

    1.    Manhattan Country School (the "Debtor") commenced the above-entitled bankruptcy case by filing a petition under Chapter 11 of the United States Bankruptcy Code on May 16, 2025.

    2.    On June 18, 2025, the case was converted to a Chapter 7 bankruptcy case.

**SUMMARY OF CORPORATE POWER'S SERVICES FOR THE DEBTOR**

    3.    Prior to the bankruptcy, Corporate Power provided outside IT services to the Debtor for several years.

    4.    For unpaid fees incurred prior to the bankruptcy, Corporate Power filed a claim as an unsecured creditor.

1

5. After the bankruptcy filing, Corporate Power has continued to support Manhattan Country School including monitoring servers, cloud backups of servers, and IT support to Verdolino & Lowey, P.C. as requested by the Trustee law firm Togut, Segal & Segal LLP.

6. Itemized invoices for the services provided are set forth on Exhibit "A" attached hereto.

7. The total value of the itemized invoices is $3,854.03.

8. The value of services rendered in this Application is reasonable and comparable to the value of like services rendered to other clients.

WHEREFORE, Corporate Power respectfully requests that:

A. The Court approve professional services Corporate Power provided the Debtor.

B. The Court authorize the Debtor and/or Trustee to immediately pay Corporate Power $3,854.03 as prayed for in this application.

C. For such other and further relief as the Court deems just and equitable, such as interest at 2% per month, legal expenses and filing fees of creditor, if applicable.

DATED: AUGUST 22, 2025

**CORPORATE POWER INC.**

/s/ Ajay Khanna
99 Wall Street Suite 1993
New York, NY 10005
Telephone: (917) 757-1535
E-mail: ajay.khanna@corporatepower.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 25–11009 |
|---|---|
| MANHATTAN COUNTRY SCHOOL, | (Chapter 7) |
| Debtor. | Judge David S. Jones |

STATE OF  Colorado           )
                             ) ss.
COUNTY OF  Jefferson         )

Ajay Khanna, being first duly sworn, says that he is an employee and officer of Corporate Power Inc.; that he has read the foregoing application and knows the contents thereof; and that the same is true to his own knowledge, except as to those matters therein stated on information and belief, and as to those matters, he believes the same to be true and correct.

DATED this 23rd day of August, 2025.

_____
Ajay Khanna

SWORN AND SUBSCRIBED BEFORE ME AS OF THE DATE WRITTEN ABOVE.

_____
Notary Public

GARRET CHARLES DENEVE
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20234003963
MY COMMISSION EXPIRES JAN 31, 2027

3

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2025, I electronically filed the foregoing **APPLICATION FOR APPROVAL OF FEES BY CORPORATE POWER, INC. FOR THE PERIOD MAY 16, 2025 THROUGH AUG 15, 2025** with the United States Bankruptcy Court for the Southern District of New York by using the pro se upload tool as requested by the Court.

Based on information and belief, the following parties (or their attorneys) will be notified through the CM/ECF system:

- ADP TotalSource Group Inc.
- City of New York
- D.A. Davidson & Co.
- Darkhei Noam
- Local 2110 Technical, Office and Professional Union, UAW, AFL-CIO
- Manhattan Country School
- Manhattan Country School Parents and Caregivers Association
- Albert Togut (Trustee)
- U.S. National Bank Association, as Trustee
- U.S. National Bank Association, as Trustee and Flushing Bank
- United States Trustee

/s/ Ajay Khanna
Corporate Power, Inc.
99 Wall Street Suite 1993
New York, NY 10005

4

EXHIBIT A – PAGE 1 OF 4

**CORPORATE POWER, INC.**
125 MAIDEN LANE FL 9
NEW YORK, NY 10038

212-243-6740 x8

# Invoice

Invoice #: 20258876
Invoice Date: 5/31/2025
Due Date: 5/31/2025
P.O. Number:

Bill To:
Manhattan Country School
Roger Mintz
150 West 85th Street
New York, NY 10024

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| May 2025 consulting | 5 | 143.59 | 717.95 |
| May 2025 - Off-site backups (charged per GB) | 786 | 0.20 | 157.20 |
| Server monitoring - MCS-FILEMAKER, DOCPLACE-SITE, MCS-FILESERVER, MCS-BACKUP, MCS-BACKUPDC, MCS-HYPERV01, MCS-MAILSERVER - May 25 | 7 | 10.00 | 70.00 |
| | | | |
| All invoices are subject to Corporate Power Standard terms and conditions. | | | |

TERMS: Net 10 Days, 2% late fee per month on outstanding invoices.

| | |
|---|---|
| Total | USD 945.15 |
| Payments/Credits | USD 0.00 |
| Balance Due | USD 945.15 |

5

EXHIBIT A – PAGE 2 OF 4

**CORPORATE POWER, INC.**
125 MAIDEN LANE FL 9
NEW YORK, NY 10038

212-243-6740 x8

# Invoice

Invoice #: 20258873
Invoice Date: 6/30/2025
Due Date: 6/30/2025
P.O. Number:

**Bill To:**
Manhattan Country School
Roger Mintz
150 West 85th Street
New York, NY 10024

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| June 2025 consulting | 5 | 143.59 | 717.95 |
| June 2025 - Off-site backups (charged per GB) | 1,520 | 0.20 | 304.00 |
| Server monitoring - MCS-FILEMAKER, DOCPLACE-SITE, MCS-FILESERVER, MCS-BACKUP, MCS-BACKUPDC, MCS-HYPERV01, MCS-MAILSERVER - June 2025 | 7 | 10.00 | 70.00 |

All invoices are subject to Corporate Power Standard terms and conditions.

TERMS: Net 10 Days, 2% late fee per month on outstanding invoices.

| | |
|---|---|
| **Total** | USD 1,091.95 |
| **Payments/Credits** | USD 0.00 |
| **Balance Due** | USD 1,091.95 |

EXHIBIT A – PAGE 3 OF 4

**CORPORATE POWER, INC.**
125 MAIDEN LANE FL 9
NEW YORK, NY 10038

212-243-6740 x8

# Invoice

Invoice #: 20258900
Invoice Date: 7/31/2025
Due Date: 7/31/2025
P.O. Number:

Bill To:
Manhattan Country School
Roger Mintz
150 West 85th Street
New York, NY 10024

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| July 2025 consulting | 5 | 143.59 | 717.95 |
| July 2025 - Off-site backups (charged per GB) | 1,470 | 0.20 | 294.00 |
| Server monitoring - MCS-FILEMAKER, DOCPLACE-SITE, MCS-FILESERVER, MCS-BACKUP, MCS-BACKUPDC, MCS-HYPERV01, MCS-MAILSERVER - July 2025 | 7 | 10.00 | 70.00 |

All invoices are subject to Corporate Power Standard terms and conditions.

TERMS: Net 10 Days, 2% late fee per month on outstanding invoices.

| | |
|---|---|
| Total | USD 1,081.95 |
| Payments/Credits | USD 0.00 |
| Balance Due | USD 1,081.95 |

7

EXHIBIT A – PAGE 4 OF 4

**CORPORATE POWER, INC.**
125 MAIDEN LANE FL 9
NEW YORK, NY 10038

212-243-6740 x8

# Invoice

Invoice #: 20258909
Invoice Date: 8/15/2025
Due Date: 8/15/2025
P.O. Number:

Bill To:
Manhattan Country School
Roger Mintz
150 West 85th Street
New York, NY 10024

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| August 2025 consulting | 2.5 | 143.59 | 358.98 |
| August 2025 - Off-site backups (charged per GB) | 1,530 | 0.20 | 306.00 |
| Server monitoring - MCS-FILEMAKER, DOCPLACE-SITE, MCS-FILESERVER, MCS-BACKUP, MCS-BACKUPDC, MCS-HYPERV01, MCS-MAILSERVER | 7 | 10.00 | 70.00 |
| All invoices are subject to Corporate Power Standard terms and conditions. | | | |

TERMS: Net 10 Days, 2% late fee per month on outstanding invoices.

| | |
|---|---|
| Total | USD 734.98 |
| Payments/Credits | USD 0.00 |
| Balance Due | USD 734.98 |

8