# Notice Recipients

District/Off: 0208−1    User: admin    Date Created: 09/26/2025
Case: 25−11009−dsj    Form ID: pdn    Total: 232

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
8582890    ADP TotalSource Group Inc.
TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
tr     Albert Togut    altogut@teamtogut.com
aty    Brian S. Lennon    maosbny@willkie.com
aty    Neil Matthew Berger    neilberger@teamtogut.com
aty    Roy J Lester    rlester@lesterfirm.com
TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Manhattan Country School    150 West 85th Street    New York, NY 10024
smg    New York State Tax Commission    Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300
smg    United States Attorney's Office    Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007
smg    N.Y. State Unemployment Insurance Fund    P.O. Box 551    Albany, NY 12201−0551
8574160    AINSWORTH INC.    83−40 72ND DRIVE    RIDGEWOOD, NY 11385
8574159    AINSWORTH INC.    C/O RABINOWITZ GALINA    94 WILLIS AVENUE    MINEOLA, NY 11501
8574161    ALAN ALTSHULER    160 RIVERSIDE DR, APT 9B    NEW YORK, NY 10024
8574162    ALEX GREYSTOKE    12600 HILL COUNTRY BLVD    BLDG R, STE 275    AUSTIN, TX 78738
8574163    ALL RESTORATION INC    159−36 84TH ST    HOWARD BEACH, NY 11414
8574164    ALLIANT INS SERVICES    PO BOX 22052    NEW YORK, NY 10087−2052
8574165    ALLIANT RETIREMENT SRVCS    159−36 84TH STREET    HOWARD BEACH, NY 11414
8574166    AMERICAN EXPRESS TRAVEL    C/O JAFFE & ASHER LLP    600 THIRD AVENUE    NEW YORK, NY 10016
8574167    AMERICAN NATIONAL    3465 S ARLINGTON RD    STE E#183    AKRON, OH 44312
8574168    ANNA SOBEL    24−45 27TH ST, #2B    ASTORIA, NY 11102
8574169    APPLE FINANCIAL    PO BOX 31001−0497    PASADENA, CA 91110
8574170    APPLE INC.    PO BOX 41602    PHILADELPHIA, PA 19101
8574171    ASSURED ENVIRONMENTS    45 BROADWAY 10TH FLR    NEW YORK, NY 10006
8574172    ATLANTIC ENGINEERING LABS    21 RANDOLPH AVE    AVENEL, NJ 07001
8624767    Abigail M Thompson    9 Kester Drive    Edison, NJ 08817
8624728    Adam B Isler    208 Connery Terrace Southwest    Leesburg, VA 20175
8607250    Ajay Khanna    Corporate Power Inc.    99 Wall Street Suite 1993    New York, NY 10005
8624741    Aleksander Lukaj    6674 78th Street    Middle Village, NY 11379
8624743    Alexandra Martin    P.O. Box 241    New Kingston, NY 12459
8624762    Alisa Isa Soriano    87 Hamilton Place Apt#7B    New York, NY 10031
8624748    Ana Milosavljevic    470 West 62nd Street Apt #3B    New York, NY 10069
8624766    Andrew Dean Tegeler    520 Lincoln Place #5D    Brooklyn, NY 11238
8624727    Andrew R Hume    6 Boyden Avenue    Maplewood, NJ 07040
8624754    Anna R Pevear    5096 County Route 6 PO BOX 324    New Kingston, NY 12459
8624760    Anna Sobel    24−45 27th St Apt 2b    Astoria, NY 11102
8624703    Anya Isabel Andrews    500 West 146th Street, Apt. 3S    New York, NY 10031
8624772    Audora Vukaj    2517 Wilson Avenue    Bronx, NY 10469
8624752    Ava T Parnes    301 West 115th Street Apt PH2B    New York, NY 10026
8574173    BEEHIVE PRESS    PO BOX 409    BRONX, NY 10469
8574174    BEN JACOFF    175 RIVERSIDE DRIVE #12G    NEW YORK, NY 10024
8574175    BLACKBAUD (SAAS)    PO BOX 844887    BOSTON, MA 02284
8600920    Barnes Transportation Co., LLC    401 East 102 St., 8a    New York, NY 10029
8600911    Barnes Transportation Co., LLC401 East 102 St., 8    Blackbaud, Inc.PO Box 830413Philadelph    Corporate Power, Inc.125 Maiden Lane,.    Lyra Communications Group64 Beaver Stre    Margaretville Telephone CoPO Box 260Ma    Midrox Insurance CompanyPO Box 5597Dep
8624705    Beatrice Bartolotta    50 NORTH BROADWAY, Apt.4G    White Plains, New York 10603
8596683    Blackbaud, Inc.    65 Fairchild Street    Charleston, SC 29492
8600921    Blackbaud, Inc.    PO Box 830921    Philadelphia, PA 19182−0413
8624725    Bonnie M Greenwald    150 West End Avenue, Apt 6p    New York, NY 10023
8574176    C2STAFFING SOLUTIONS    420 Lexington Avenue, # 300    New York, NY 10170
8574177    CANON FINANCIAL    158 GAITHER DR    MOUNT LAUREL, NJ 08054
8574178    CARIOCA SPORTS CLUB &    PRODUCTIONS C/O ROTHMAN ROCCO    3 WEST MAIN ST, STE 200    ELMSFORD, NY 10523
8574179    CCS    527 MADISON AVE    5TH FLR    NEW YORK, NY 10022
8574180    CELL MECHANIC INC    C/O FELLA LAW FIRM    PO BOX 696    BABYLON, NY 11702
8574181    CHEFSWAREHOUSE    PO BOX 30943    NEW YORK, NY 10087−0943

| | | |
|---|---|---|
| 8574182 | CMB CONSULTING | 89 FAIRVIEW AVE    NEW YORK, NY 10040 |
| 8610492 | CONSOLIDATED EDISON COMPANY OF NEW YORK INC    BANKRUPTCY GROUP    4 IRVING PLACE, 9TH FLOOR    NEW YORK, NY 10003 | |
| 8574183 | CONSULTING AND TESTING SRVCS    237 W 35TH ST    STE 1201    NEW YORK, NY 10001 | |
| 8574184 | CORPORATE CREATIONS INT'L    801 US HIGHWAY 1    NORTH PALM BEACH, FL 33408 | |
| 8574185 | CORPORATE POWER INC    62 WILLIAM ST    5TH FLR    NEW YORK, NY 10005 | |
| 8574186 | CSC    PO BOX 13397    PHILADELPHIA, PA 19101–3397 | |
| 8574187 | CTSI    237 WEST 35TH STREET    NEW YORK, NY 10001 | |
| 8574188 | CYDELLE BERNLIN    124 WEST 60TH ST    NEW YORK, NY 10023 | |
| 8624706 | Caroline A Biggers    585 Meeker Avenue, Apt. 2R    Brooklyn, New York 11222 | |
| 8624711 | Catherine A Cammer    680 Upper Meeker Hollow Rd    Roxbury, NY 12474 | |
| 8624726 | Christopher A Guajardo    282 Cabrini Boulevard #4K    New York, NY 10040 | |
| 8624709 | Ciara Diamond Brown    1705 Bryant Avenue, Apt #4K    Bronx, NY 10460 | |
| 8600922 | Con Edison    PO Box 138    New York NY, 10276–0138 | |
| 8575244 | Corey Blay    45 West 132nd St Apt 17N    New York, NY 10037 | |
| 8600923 | Corporate Power, Inc.    125 Maiden Lane,. FL 9    New York, NY 10038 | |
| 8599725 | Corporate Power, Inc.    99 Wall Street Suite 1993    New York, NY 10005 | |
| 8575443 | Corporation Counsel of the City of New York    100 Church Street    New York, NY    Zachary Kass | |
| 8620893 | Cydelle Berlin    124 West 60th Street #42A    New York, NY 10023 | |
| 8623882 | D.A. Davidson & Co.    Attn: Rebecca S. Lawrence    6500 City West Parkway, Suite 375    Eden Prairie, MN 55344 | |
| 8574189 | DA DAVIDSON    757 3RD AVE    STE 1902    NEW YORK, NY 10017 | |
| 8574190 | DAKOM SERVICE INC.    31 SOUTH ST    STE 4S–3    MOUNT VERNON, NY 10550 | |
| 8574191 | DAVID FAGAN    150 WEST 85TH STREET    NEW YORK, NY 10024 | |
| 8574192 | DAVIS WRIGHT TREMAINE LLP    920 FIFTH AVE    STE 3300    SEATTLE, WA 98104 | |
| 8574193 | DISTRICT CENTRAL STATION LLC    249–02 JERICHO TPKE    STE 107    FLORAL PARK, NY 11001 | |
| 8574194 | DRUIDE INFORMATIQUE INC.    135 SAINT ALEXANDER, STE 1040    MONTREAL, CA 2CH3A2G4 | |
| 8574195 | DUALFUEL    3601 FIELDSTON ROAD    BRONX, NY 10463 | |
| 8588650 | Daniel C. Green    140 W. 124th Street, Apt. 7B    New York, NY 10027 | |
| 8624749 | Daniel Mullens    129 Magnolia Avenue Apt #219    Jersey City, NJ 07306 | |
| 8596446 | Daniela Markowicz    272 West 107th Street    11A    New York, NY 10025 | |
| 8583933 | Darkhei Noam    c/o K. Zeituni, B. Langman    PAUL, WEISS, RIFKIND, WHARTON & GARRISON    1285 Avenue of the Americas    New York, New York 10019–6064 | |
| 8624771 | Diana E Villafane    2700 Henry Hudson Parkway    Bronx, NY 10463 | |
| 8624765 | Diwa Gonzalez Tamrong    744 Myrtle Avenue Apt #2F    Brooklyn, NY 11205 | |
| 8624745 | Donna McDaniel    6523 County Hwy 36    Denver, NY 12421 | |
| 8624790 | Dorsey & Whitney LLP    51 West 52nd Street    New York, NY 10019    Attn: Corina Yulisa, Esq. | |
| 8574196 | ECO–INVESTIGATORS BK LLC    161 WINTHROP ST    4F    BROOKLYN, NY 11225 | |
| 8574197 | ENZO CLINICAL LABS    C/O VW INC    PO BOX 4155    SARASOTA, FL 34230 | |
| 8624723 | Eliana Gjoka    138–36 77th Avenue    Queens, NY 11367 | |
| 8624758 | Eligio Reynoso    256 Wadsworth Ave Apt 4a    New York, NY 10033 | |
| 8624717 | Emma Caitlin Duggan    103 Mercer Street, Unit 2    Jersey City, NJ 07302 | |
| 8574198 | F&J ASSIGNING INC    5835 NW BATES AVE    PORT SAINT LUCIE, FL 34986 | |
| 8574199 | FISCHER LOAN/485 LEGACY LOAN    299 PARK AVE, 42ND FLR    NEW YORK, NY 10171–0002 | |
| 8574200 | FLUSHING BANK    220 RXR PLAZA    ATTN: LOAN SERVICING    UNIONDALE, NY 11556 | |
| 8574201 | FOLLETT SCHOOL SOLUTIONS    91826 COLLECTION CENTER DR    CHICAGO, IL 60693 | |
| 8574202 | FRETTA REITZES CONSOLUTING    144 WEST 86TH ST    NEW YORK, NY 10024 | |
| 8574203 | FRONTSTREAM    75 REMITTANCE DR    CHICAGO, IL 60675 | |
| 8574204 | GLEASON & KOATZ LLP    437 MADISON AVE    24TH FLR    NEW YORK, NY 10022 | |
| 8574205 | HEALTH REWARDS RETRO    150 W 85TH ST    NEW YORK, NY 10024 | |
| 8574206 | HR DIRECT    3300 GATEWAY DRIVE    POMPANO BEACH, FL 33069 | |
| 8624738 | Hannah Lauren Leland    60–52 Madison Street Apt #1H    Queens, NY 11385 | |
| 8574207 | IBERIAN ELECTRIC    54 FRANKLIN STREET    BROOKLYN, NY 11222 | |
| 8574208 | ICCS    42 W 38TH STREET    RM 300    NEW YORK, NY 10018 | |
| 8574209 | INRESONANCE INC    SAINT PETERSBURG, FL 33702 | |
| 8574210 | IRS    PO BOX 21126    PHILADELPHIA, PA 19114 | |
| 8600924 | Ilene Green    40 south cedar street    New York, NY 12508 | |
| 8574211 | JAMIE EVANS    330 W 58TH ST    APT 17E    NEW YORK, NY 10019 | |
| 8620848 | JON J THALER    613 W NEVADA ST    URBANA IL 61801 | |
| 8624720 | Jamie Evans    330 W 58th St, Apt 17E    New York, NY 10019 | |
| 8624704 | Jasmine Bailey    827 Jefferson Avenue, Apt# 2R    Brooklyn, NY 11221 | |
| 8624724 | Jeffrey Gomez    221 South 3rd Street, Apt 2D    Brooklyn, NY 11211 | |
| 8624719 | Jennifer C Eugenio    95 2nd Street    Brooklyn, NY 11231 | |
| 8624708 | Jennifer H Blonk    3 Henry Williams Road    Roxbury, NY 12474 | |
| 8624739 | Jermaine H Lloyd    531 Harborview Ct    Beacon, NY 12508 | |
| 8624734 | Jivan Kricorian–Salomon    3440 Broadway Apt #4E    New York, NY 10031 | |
| 8600925 | John McDaniel    6523 County Highway 36    Denver, NY 12421 | |
| 8624769 | Julianna Trementozzi    77 Eastern Parkway Apt 4e    Brooklyn, NY 11238 | |
| 8624733 | Julie E Korgen    1230 Amsterdam Avenue Apt#233    New York, NY 10027 | |
| 8574212 | KEN HORNBECK    620 TOWN BANK RD #D–15    CAPE MAY, NJ 08204 | |
| 8574213 | KODELY (ALOKA LLC)    1 ORCHID DRIVE    PLAINSBORO, NJ 08536 | |
| 8624735 | Kate L Lanceley    314 West 100th Street Apartment 72    New York, NY 10025 | |

| | | | | |
|---|---|---|---|---|
| 8624757 | Katie Reboul | 594 Liberty Avenue | Jersey City, NJ 07307 | |
| 8624716 | Kerry Mdevine | 1825 Riverside Drive, Apt. 3F | New York, NY 10034 | |
| 8624755 | Klotilda Pinari | 135–30 78th Avenue | Queens, NY 11367 | |
| 8624701 | LEVY RATNER, P.C. 80 Eighth Avenue, Floor 8 New Yo | DORSEY & WHITNEY LLP | 51 West 52nd Street | New York, NY 10019–6119    Attn: Courina Yulisa, Esq.    SHIPMAN & GOODWIN LLP |
| 8574214 | LOVE YOU LIKE, LLC | 825 WEST END AVE, 11D | NEW YORK, NY 10035 | |
| 8624764 | Lacey Stewart | 2357 County Highway 41 | Roxbury, NY 12474 | |
| 8624718 | Laeticia Emmanuel | 181 Kingston Avenue | South Floral Park, NY 11001 | |
| 8624732 | Lauren P Kartzman | 161 Winthrop St Apt 4f | Brooklyn, NY 11225–3856 | |
| 8624746 | Leann Mcgrath | 32–40 46th Street Apt 3a | Astoria, NY 11103 | |
| 8624740 | Leonard Luca | 8 Gold Road | Wappingers Falls, NY 12590 | |
| 8624761 | Leroy Solomon | 5 Beaumont Circle Apt 4 | Yonkers, NY 10710 | |
| 8624791 | Levy Ratner, P.C. | 80 Eighth Avenue, Floor 8 | New York, NY 10011 | Attn: Ryan J. Barbur, Esq.    Jessica I. Apter, Esq.    Nikita Rumsey, Esq. |
| 8600926 | Lyra Communications Group | 64 Beaver Street, Suite 138 | New York, NY 10004 | |
| 8585670 | M. Thomas Langan | Dvorak Law Group, LLC | 9500 W. Dodge Rd., Ste. 100 | Omaha, NE 68114 |
| 8574215 | MAIYA JACKSON | 56 BENETT AVE APT 5A | NEW YORK, NY 10033 | |
| 8574216 | MANHATTAN PLACEMENTS | 501 E 79TH ST, APT 6A | NEW YORK, NY 10075 | |
| 8574217 | MICHELE SOLA | 509 SECOND AVE, #2L | BROOKLYN, NY 11215–2632 | |
| 8624729 | Maiya Jackson | 56 Bennett Ave 5a | New York, NY 10033 | |
| 8585118 | Manhattan Country School Parents and Caregivers As | c/o Katherine R. Catanese | Foley & Lardner | 90 Park Avenue    New York, NY 10016 |
| 8600927 | Margaretville Telephone Co | PO Box 260 | Margaretville, NY 12455–0260 | |
| 8624756 | Mariella Puleo | 123 Water Street APT 419 | Norwalk, CT 06854 | |
| 8624774 | Mary Ann Warren | 160 Lake Street | Roxbury, NY 12474 | |
| 8624770 | Mary Trowbridge | 335 East 90th Street Apt 2f | New York, NY 10128 | |
| 8624753 | Max Parsons | 220 Cabrini Boulevard Apt#3K | New York, NY 10033 | |
| 8600928 | Midrox Insurance Company | PO Box 5597 | Deptford, NJ 08096 | |
| 8600929 | Mirabito Energy Products | PO Box 5306 | Binghamton. ME 13902 | |
| 8624776 | Morgan H Wright | 348 Maple Street Apt. C1 | Brooklyn, NY 11225 | |
| 8574218 | NARDA SKOV, MPH | 916 KINGSTON AVE | OAKLAND, CA 94611 | |
| 8574219 | NIKKOLAS SMITH | ELYSE MARSHALL | NEW YORK, NY 10009 | |
| 8574220 | NIKOLE HANNAH–JONES | ELYSE MARSHALL | NEW YORK, NY 10009 | |
| 8574221 | NONPROFITHR | 14416 STREET NW, STE 620 | WASHINGTON, DC 20005 | |
| 8574222 | NYSAIS | 17 ELK STREET | ALBANY, NY 12207 | |
| 8574223 | NYSAIS OPERATIONS | 17 ELK STREET | ALBANY, NY 12207 | |
| 8596429 | NYSAIS Operations Inc | 17 Elk Street FL1 | Albany, NY 12020 | |
| 8624777 | Nassim M Zerriffi | 345 Montgomery St Apt 1h | Brooklyn, NY 11225 | |
| 8585671 | Nexus Technologies, LLC | Megan McHugh | 8100 E. Maplewood Ave., Ste. 220 | Greenwood Village, CO 80111 |
| 8624731 | Nicole H Joseph | 345 E 35th St | Brooklyn, NY 11203 | |
| 8600930 | Nikki Berryman | 409 Edgecombe Avenue | Apt#9E | New York, NY 10032 |
| 8583915 | Nixon Peabody LLP | Nixon Peabody LLP Attn: Scott Singer | 55 West 46th Street | New York, NY 10036 |
| 8574224 | OFC & PROF UNN LOCAL 210 UAW | 256 WEST 38TH STREET #704 | NEW YORK, NY 10018 | |
| 8574225 | PAUL WILLIAMS | 135 WEBBER AVE    APT #2 | TARRYTOWN, NY 10591 | |
| 8574226 | PITNEY BOWES LEASING | PO BOX 371887 | PITTSBURGH, PA 15250 | |
| 8624736 | Pansey G Lawrence | 2700 Henry Hudson Parkway Apt #4J | Bronx, NY 10463 | |
| 8624710 | Patricia Cabral | 125 West 96th Street, Apt #6G | New York, NY 10025 | |
| 8624775 | Paul Williams | 135 Webber Ave Apt 2 | Sleepy Hollow, NY 10591 | |
| 8600931 | Pitney Bowes | 27 Waterview Drive | Shelton, CT 06484 | |
| 8588260 | Pitney Bowes Inc | 27 Waterview Dr, 3rd Fl | Shelton CT 06484 | |
| 8624742 | Princess V Lyles | 458 West 146th Stree tApt #3N | New York, NY 10031 | |
| 8624778 | Qing Zhuang | 42–09 Bell Boulevard, 3rd Fl | Bayside, NY 11361 | |
| 8574227 | RECEIVABLES CONTROL CORP | 7373 KIRKWOO COURT N, STE 200 | MAPLE GROVE, MN 55369 | |
| 8574228 | RENEE WATSON | ELYSE MARSHALL | NEW YORK, NY 10009 | |
| 8574229 | RHYR POWELL | 260 WEST 121ST ST    APT A | NEW YORK, NY 10027 | |
| 8574230 | ROBERT J. MILLER & ASSOC | 124 DELAWARE STREET | TONAWANDA, NY 14150 | |
| 8574231 | ROE INTRIERI | 13 ALICE RD | NORTH SALEM, NY 10560 | |
| 8574232 | ROGER MINTZ, CPA LLC | 16 E. 96TH ST, #4D | NEW YORK, NY 10128 | |
| 8574233 | RUBICON WEST LLC | SALMON | PORTLAND, OR 97204 | |
| 8574234 | RUVNA, INC. | 201 VARICK STREET, 508 | NEW YORK, NY 10014 | |
| 8624744 | Reese F Mason | 58 W 120th St | New York, NY 10027 | |
| 8624715 | Romina Dedvukaj | 8 Buckout Rd | Briarcliff, NY 10510–1944 | |
| 8624751 | Ruben Joshua Ortiz | 175 Walnut Drive | Brick Township, NJ 08724 | |
| 8574235 | SAVVAS LEARNING COMPANY | 15 EAST MIDLAND AVE    STE 502 | PARAMUS, NJ 07652 | |
| 8574236 | SCHOLASTIC | 557 BROADWAY | NEW YORK, NY 10012 | |
| 8574237 | SCHOOL SPECIALTY | PO BOX 825640 | PHILADELPHIA, PA 19182–5640 | |
| 8574238 | SCHULTE ROTH & ZABEL LLP | 11040 PO BOX 11839 | NEWARK, NJ 07101–8138 | |
| 8574239 | SHERWIN WILLIAMS | 600 AMSTERDAM AVE | NEW YORK, NY 10024 | |
| 8574240 | STAPLES | NYPO BOX 415256 | BOSTON, MA 02241–5256 | |
| 8624759 | Safa Sajjad | 121 South Covert Avenue | Elmont, NY 11003 | |
| 8624722 | Sagarika Gami | 292 Lincoln Place, Apt #4C | Brooklyn, NY 11238 | |
| 8624763 | Samuel Stern | 7968 County Highway 26 | Hamden, NY 13782 | |
| 8624737 | Sarah Leibowits | 2235 Frederick Douglass Blvd Apt 4j | New York, NY 10027 | |

| | | | | |
|---|---|---|---|---|
| 8588581 | Scott Kraft | 261 W 112th St, Apt 2B | New York, NY 10026 | |
| 8618338 | Seku A. Brathwaite | 812 Riverside Drive | Apt 31 | New York, NY 10032 |
| 8624707 | Sofia Blandon | 357 East 201 Street, Apt #4A | Bronx, NY 10458 | |
| 8624773 | Stacey Walker | 60 Lake St | Roxbury, NY 12474 | |
| 8575080 | Staples, Inc. | Staples / Shane Anderson | PO Box 102419 | Columbia, SC 29224 |
| 8624730 | Stephanie Javois | 765 East 166th Street Apt GB | Bronx, NY 10456 | |
| 8624721 | Summer Grace Flemister | 455 West 23rd Street | New York, NY 10011 | |
| 8574241 | TELCO EXPERTS | 3296 | NEW YORK, NY 10087–3296 | |
| 8574242 | THE JANE GROUP | PO BOX 88 | WESTMONT, IL 60559 | |
| 8574243 | THINK FORWARD FINANCIAL GROUP | 15 OVERLOOK TERRACE | LARCHMONT, NY 10538 | |
| 8574244 | TIAA RETO | 150 WEST 85TH ST | NEW YORK, NY 10024 | |
| 8574245 | TOGETHERHOOD LLC | 41 WST 73RD ST | APT 1 | NEW YORK, NY 10023 |
| 8574246 | TOM HAYNIE | 407 E 91ST ST #5A | NEW YORK, NY 10128 | |
| 8574247 | TOTAL FIRE PROTECTION | 111 Crossways Park Drive West | Woodbury, NY 11797 | |
| 8574248 | TRANE US INC. | PO BOX 406469 | ATLANTA, GA 30384–6469 | |
| 8624714 | Taina Coleman | 7337 Austin Street, Apt #5K | Forest Hills, NY 11375 | |
| 8600932 | Telco Experts | 64 Beaver Street, Suite 138 | New York, NY 10004 | |
| 8619240 | ThinkForward Financial Group, LLC | c/o Pick & Zabicki LLP | 369 Lexington Avenue | 12th Floor    New York, NY 10017 |
| 8600933 | Tonche Transit, Inc. | PO Box 298    5181 Route 28 | Mt. Tremper, NY 12457 | |
| 8600934 | Total Fire Protection | 111 Crossways Park Drive West | Woodbury, NY 11797 | |
| 8600935 | Treering Corporation | PO Box 201017 | Dallas, TX 75320–1017 | |
| 8575305 | U.S. Bank National Association, as Trustee | c/o Shipman & Goodwin LLP | Attn. Kathleen LaManna    One Constitution Plaza    Hartford, CT 06103 | |
| 8574862 | U.S. Bank, National Association, as Trustee and Fl | c/o Robert D. Nosek, Esq. | Certilman Balin Adler & Hyman, LLP    90 Merrick Avenue, 9th Floor    East Meadow, New York 11554 | |
| 8574864 | U.S. Bank, National Association, as Trustee and Fl | c/o Thomas J. McNamara, Esq. | Certilman Balin Adler & Hyman, LLP    90 Merrick Avenue, 9th Floor    East Meadow, New York 11554 | |
| 8574861 | U.S. Bank, National Association, as Trustee, and F | c/o Richard J. McCord, Esq. | Certilman Balin Adler & Hyman, LLP    90 Merrick Avenue, 9th Floor    East Meadow, New York 11554 | |
| 8574249 | ULTIMATE IMPRESSIONS | 11–42 46TH RD, STE 201 | LONG ISLAND CITY, NY 11101 | |
| 8574250 | US BANK | PO BOX 70870 | SAINT PAUL, MN 55170–9705 | |
| 8574251 | US BANK/FLUSHING BANK | 220 RXR PLAZA | ATTN: LOAN SERVICING | UNIONDALE, NY 11556 |
| 8624747 | Vana Miculi | 2025 Paulding Avenue | Bronx, NY 10462 | |
| 8600936 | Verizon Business | Attn: Correspondence Team | PO Box 15069 | Albany, NY 12212 |
| 8618391 | Viviana Benitez | 301 Sterling Street, 2G | Brooklyn, NY 11225 | |
| 8624750 | Vjollca Nikaj | 6 Clifford Ct | Nanuet, NY 10954–3305 | |
| 8574252 | WEAVER AND TIDWELL | 2821 WEST 7TH ST, STE 700 | FORT WORTH, TX 76107 | |
| 8624702 | WILLKIE FARR & GALLAGHER LLP | 787 Seventh Avenue | New York, NY 10019 | Attn: Betsy L. Feldman, Esq. |
| 8574253 | WOLTERS KLUWER | 28 LIBERTY STREET | NEW YORK, NY 10005 | |
| 8600937 | Warren Elevator Service Co., Inc. | 227 Eagle Street | Brooklyn, NY 11222 | |
| 8624768 | William Thompson | 7 West 103rd Street Apt #2D | New York, NY 10025 | |
| 8624713 | Winnie Chan | 105–07 66th Road, Apt. 1G | Forest Hills, NY 11375 | |
| 8624712 | Woobens Kel Celony | 651 East 14th Street, Apt #1C | New York, NY 10009 | |
| 8600938 | Worldpay Integrated Payments | 8500 Governors Hill Dr | MD 1GH2X2 | Symmes Township, OH 45249 |

TOTAL: 226