Outlook

### Re: MCS invoices post-bankruptcy - payment request - POC Information

| | |
|---|---|
| From | Jonathan Cohen <jcohen@teamtogut.com> |
| Date | Wed 8/20/2025 6:44 AM |
| To | Ajay Khanna <ajay.khanna@corporatepower.com> |
| Cc | Brian Kreutter <bkreutter@teamtogut.com> |

1 attachment (597 bytes)
favicon.ico;

**CAUTION:** External email

Ajay:

Good morning.  You may file your proof of claim electronically using the following link:

New York Southern Live System
nysb.uscourts.gov 

In addition, aproof of claim form can be downloaded free of charge at the Bankruptcy Court's website: http:/www.nysb.uscourts.gov/.  At that site, select the "Forms and Fees" tab and download the "proof of claim" form, and then mail your proof of claim to the Clerk of the Bankruptcy Court, One Bowling Green, New York, New York 10004-1408.  Instructions for filling out your claim are also available on the Court's website.

Regards,

**Jonathan Cohen**
Senior Bankruptcy Litigation Paralegal
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335 | New York, NY 10119
Direct: +1 212 201 6587 | Mobile: +1 973 567 2838
jcohen@teamtogut.com | togutlawfirm.com

**TOGUT SEGAL & SEGAL LLP**

---

Begin forwarded message:

**From:** Ajay Khanna <ajay.khanna@corporatepower.com>
**Subject: Re: MCS invoices post-bankruptcy - payment request**
**Date:** August 19, 2025 at 8:33:58 PM EDT
**To:** Brian Kreutter <bkreutter@teamtogut.com>

Thanks, can you send me a link to the form I should use to file the post petition claim?

This would be an administrative fee correct?

Sent from my mobile phone - please excuse typos
Ajay Khanna, President
Corporate Power Inc - Technology Consulting since 1994
For support, please email support@corporatepower.com
For urgent issues, please call +1-212-243-6740 x9
Direct: +1-917-757-1535 | ajay.khanna@corporatepower.com | http://www.corporatepower.com

On Aug 19, 2025, at 16:01, Brian Kreutter <bkreutter@teamtogut.com> wrote:

**CAUTION:** External email

Ajay,

Like your pre-petition claim, please file a claim for the post-petition amounts for the Chapter 11 and Chapter 7 periods and attach the invoices to this claim.  Thanks.

Brian

**Brian Kreutter, Esq.**
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335 | New York, NY 10119

(212) 201-6565
bkreutter@teamtogut.com

<clip_image001.png>

On Aug 15, 2025, at 11:09 AM, Brian Kreutter <bkreutter@teamtogut.com> wrote:

Ajay,

The Trustee forwarded your email to him below. I can confirm that the accounting firm has backed up all data and your services are no longer needed.  I will get back to you regarding your outstanding post-bankruptcy invoices in short order.

Brian

**Brian Kreutter, Esq.**
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335 | New York, NY 10119
(212)594-5000, ext. 155
bkreutter@teamtogut.com


<firm log small.png>

Begin forwarded message:


Begin forwarded message:

**From:** Ajay Khanna <ajay.khanna@corporatepower.com>
**Subject: Fw: MCS invoices post-bankruptcy - payment request**
**Date:** August 13, 2025 at 12:42:17 PM EDT
**To:** "rlester@lesterfirm.com" <rlester@lesterfirm.com>, "altogut@teamtogut.com" <altogut@teamtogut.com>
**Cc:** Lenora Wilson <lenora.wilson@corporatepower.com>

Dear Roy,

I sent these invoices to the trustee, but realized I may have been supposed to send them to you for payment as the attorney for the Debtor.

Could you please:
  1) confirm receipt of the post-bankruptcy invoices for professional fees and
  2) let me know whether I should file a motion or whether you will include my invoice in a motion that you or the Trustee are filing?

Regards,

Ajay Khanna, President
Corporate Power Inc - Technology Consulting since 1994
For support, please email support@corporatepower.com
For urgent issues, please call +1-212-243-6740 x9
Direct: +1-917-757-1535 | ajay.khanna@corporatepower.com | http://www.corporatepower.com

---

**From:** Ajay Khanna <ajay.khanna@corporatepower.com>
**Sent:** Monday, August 4, 2025 11:50 AM
**To:** bkreutter@teamtogut.com <bkreutter@teamtogut.com>; neilberger@teamtogut.com <neilberger@teamtogut.com>; altogut@teamtogut.com <altogut@teamtogut.com>
**Cc:** Lenora Wilson <lenora.wilson@corporatepower.com>
**Subject:** MCS invoices post-bankruptcy - payment request

Dear Brian,

Attached are the post-bankruptcy invoices for MCS for May, June and July 2025.

The total is $3,119.05 through July 31.

Please note the accounting firm picked up the USB drive backups last week, but we have not yet been asked to turn off the servers, to delete the cloud backups, or to terminate our services, so the services are continuing.

Could you please process the payments or let us know where to send these invoices?

Regards,

Ajay Khanna, President
Corporate Power Inc - Technology Consulting since 1994
For support, please email <u>support@corporatepower.com</u>
For urgent issues, please call +1-212-243-6740 x9
Direct: +1-917-757-1535 | <u>ajay.khanna@corporatepower.com</u> | <u>http://www.corporatepower.com</u>

---

<inv8876_mcs.pdf>

<inv8873_mcs.pdf>

<inv8900_mcs.pdf>