Outlook

**MCS- Stipulation regarding Corporate Power's Admin Expense Claim**

| | |
|---|---|
| From | Brian Kreutter <bkreutter@teamtogut.com> |
| Date | Thu 9/25/2025 12:46 PM |
| To | Ajay Khanna <ajay.khanna@corporatepower.com> |
| Cc | Anthony Greene <agreene@teamtogut.com> |

1 attachment (34 KB)
CorpPowerStip (NB) 9 25 25.docx;

**CAUTION:** External email

*Confidential- Subject to FRE 408*

Ajay,

Pursuant to our conversation last week, attached is a draft stipulation that allows Corporate Power's administrative expenses in full and cancels the hearing that you noticed. Please review the stipulation and confirm that I can conform your signature for submission to the Court to be so-ordered.

Please also let me know when you are free for a call to discuss why your claim will be paid at a later time when the Court considers all administrative expense applications in the bankruptcy case.

Thank you.

Brian

**Brian Kreutter, Esq.**
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335 | New York, NY 10119
(212) 201-6565
bkreutter@teamtogut.com