**TOGUT DRAFT 9-25-2025**               **FRE 408**                                    **CONFIDENTIAL**

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Anthony Greene
Brian Kreutter

*Attorneys for Albert Togut,*
*not Individually but Solely in his Capacity*
*as Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                        :
In re:                                  :    Chapter 7
                                        :    Case No. 25-11009 (DSJ)
MANHATTAN COUNTRY SCHOOL, *et al.*,     :
                                        :    (Jointly Administered)
                    Debtors.[1]         :
                                        :
------------------------------------------------------------------------x

### STIPULATION AND AGREED ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM OF CORPORATE POWER INC.

This stipulation (the "Stipulation") is entered into by and between Albert Togut, not individually but solely in his capacity as the Chapter 7 Trustee of the estate of Manhattan Country School ("MCS"), by his attorneys, Togut, Segal & Segal LLP, and Corporate Power Inc. ("Corporate Power", and with the Trustee, the "Parties").

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) Manhattan Country School (6971) (Case No. 25-11009 (DSJ); and (ii) West 85th Street Owner LLC (6971) (Case No. 25-11922) (DSJ).

**TOGUT DRAFT 9-25-2025**          **FRE 408**          **CONFIDENTIAL**

**WHEREAS**, on May 16, 2025, MCS filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") in the United States Bankruptcy Court for the Southern District of New York (the "Court");

**WHEREAS**, on June 13, 2025, MCS filed a motion to convert the Chapter 11 Case (the "Chapter 11 Case") to a case under Chapter 7 of the Bankruptcy Code (the ("Chapter 7 Case"), which the Court approved by an order of the Court dated June 18, 2025 (Docket No. 49);

**WHEREAS**, on June 18, 2025, Mr. Togut was appointed as the Chapter 7 Interim Trustee of MCS; he duly qualified and is acting as Trustee herein;

**WHEREAS**, Corporate Power provided outside IT services to MCS during the Chapter 11 Case, and it assisted the Trustee in his efforts to recover MCS's electronically stored data and documents during the Chapter 7 Case (the "Services");

**WHEREAS**, Corporate Power ceased providing the Services as of August 15, 2025;

**WHEREAS**, on August 23, 2025, Corporate Power filed an *Application for Approval of Fees by Corporate Power, Inc. For the Period May 16, 2025 Through August 15, 2025* as Docket No. 90 (the "Application") seeking immediate payment of administrative expenses totaling $3,854.03 for the Services (the "Administrative Claim");

**WHEREAS**, on September 19, 2025, Corporate Power noticed an October 15, 2025 hearing to consider the Application (the "Hearing") (Docket No. 97); and

2

TOGUT DRAFT 9-25-2025                    FRE 408                    CONFIDENTIAL

**WHEREAS,** the Parties have reached an agreement regarding the treatment of the Administrative Claim and wish to cancel the Hearing.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED BY THE PARTIES:**

1. The Recitals set forth above are incorporated herein by reference.

2. The Administrative Claim is allowed pursuant to section 503(b) of title 11 of the United States Code in the amount of $3,854.03: $945.15 on account of the Services provided during the Chapter 11 Case; and $2,908.88 on account of the Services provided during the Chapter 7 Case.

3. The Administrative Claim will be paid pursuant to an order of the Court approving the Trustee's final report and account for the Chapter 7 Case.

4. The Hearing to consider the Application is cancelled.

5. This Stipulation may be amended, and any provision of this Stipulation may be waived only if such amendment or waiver is set forth in a writing executed by all of the Parties hereto and, if necessary, approved by the Court.

6. This Stipulation shall be binding upon and inure to the benefit of the Parties hereto and their respective heirs, successors and assigns.

7. This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original, including any facsimile or "PDF" counterparts, and which together shall constitute one and the same agreement.

TOGUT DRAFT 9-25-2025                    FRE 408                    CONFIDENTIAL

8. Each person signing this Stipulation represents and warrants that he or she has been duly authorized and has the requisite authority to execute and deliver this Stipulation on behalf of such Party. Notwithstanding anything to the contrary herein, nothing contained in this Stipulation shall constitute a waiver of the Trustee's fiduciary duties to the MCS estate in this or any other case, or his right to take such steps that he, in his sole discretion, determines to be necessary or appropriate to preserve and protect such duties, nor a waiver of Corporate Power's rights and remedies if the Trustee seeks to act in violation of the terms set forth in this Stipulation.

9. The Parties are authorized to take all actions necessary to effectuate the relief requested in this Stipulation.

10. The Parties acknowledge and agree that the Court shall have exclusive jurisdiction to hear and determine any claims or disputes between the Parties

**TOGUT DRAFT 9-25-2025**          **FRE 408**          **CONFIDENTIAL**

regarding this Stipulation in accordance with applicable law.

Dated: New York, New York
September ___, 2025

| | |
|---|---|
| ALBERT TOGUT | CORPORATE POWER INC. |
| *Not Individually But Solely in His Capacity as Chapter 7 Trustee* | By: |
| By His Attorneys | /s/_____ |
| TOGUT, SEGAL & SEGAL LLP | AJAY KHANNA |
| By: | 99 Wall Street, Suite 1993 |
| /s/_____ | New York, NY 10005 |
| NEIL BERGER | (917) 757-1535 |
| ANTHONY GREENE | |
| BRIAN KREUTTER | |
| One Penn Plaza – Suite 3335 | |
| New York, New York 10119 | |
| (212) 594-5000 | |

**SO ORDERED**

this __ day of September, 2025
in New York, New York

_____
HONORABLE DAVID S. JONES
UNITED STATES BANKRUPTCY JUDGE