**Hearing Date: October 15, 2025 at 10:00 a.m. (Prevailing Eastern Time)**

UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 25−11009 |
|---|---|
| MANHATTAN COUNTRY SCHOOL, et al | (Chapter 7) |
| Debtors. | Judge David S. Jones |

**CORPORATE POWER'S SECOND AFFIDAVIT RE CHAPTER 7 TRUSTEE**

**RESPONSE TO CORPORATE POWER'S APPLICATION**

TO THE HONORABLE DAVID S. JONES,

UNITED STATES BANKRUPTCY JUDGE:

Corporate Power, Inc. ("Corporate Power") made an application for the Court to approve and direct the Trustee to immediately pay the expenses incurred by Corporate Power as an outside IT services provider for Manhattan Country School during the bankruptcy case.

In support of Corporate Power's application and in response to Trustee's objection, Corporate Power respectfully represents, in addition to the first affidavit:

**DOCUMENTATION IN ADDITION TO CORPORATE POWER'S OCT 10 FILING:**

    1.    Attached as Exhibit 3A is the time details previously provided to the Togut law firm in addition to the administrative expense invoices.

    2.    Attached in Exhibit 3B is Corporate Power's breakdown of administrative expenses, showing the Chapter 7 portion totaled $2,657.60 and the Chapter 11 portion totaled $1,196.43.

**WHEREFORE**, Corporate Power humbly requests the Court order that:

    A.  The Court approve the $3,853.03 in professional services that Corporate Power provided the Debtor, with $2,657.60 attributable to Chapter 7 and $1,196.43 to Chapter 11.

B. The Court order the Trustee to immediately pay Corporate Power $3,854.03 as prayed for in the application, unless the Trustee can show that it still expects the Debtor to be so insolvent as not to be able to pay Chapter 11 administrative expenses, even though the estate owns real estate previously listed for sale at $35 million.

C. If any part of the administrative expenses are delayed, that the Court approve interest payable to Corporate Power as an administrative expense at 2% per month, or at an interest rate to be specified by the Court.

D. The Court approve Corporate Power's $91,340.73 pre-petition proof of claim, as verbally agreed by Trustee's law firm, unless Trustee can immediately show cause to contest any part of the claim.

E. The Court order the Togut law firm to provide written explanation to justify its emails a) why it asked Corporate Power to file administrative expenses using the proof of claim form, b) why it changed the Chapter 7 amount in its filing versus the stipulation that it prepared and sent to Corporate Power, and c) why it limited Corporate Power's payments in the stipulation to the final report and did not simply pay the expenses without causing Corporate Power to spend so much time and effort.

F. The Court order the Togut law firm NOT to charge the estate for any legal fees related to responding to Corporate power's invoices that the Togut law firm incurred after August 19, 2025 (when the Togut law firm asked Corporate Power to file the administrative claim).

G. The Court allow Corporate Power to charge the Togut law firm for its time spent responding to the Trustee and Togut law firm's communications after August 19, 2025 to the present time, at the same rate it charged MCS.

2

    H.  The Court allow Ajay Khanna (as an employee of a Corporate Power Inc., corporate creditor) to receive electronic access to the case by the Bankruptcy Court (which would provide it timely and automated notices of filings without paying a fee).

    I.  The Court allow Corporate Power to form an unsecured creditor committee.

    J.  The Court order the Togut law firm to provide quarterly financial statements and its billing invoices to all creditors.

    K.  For such other and further relief as the Court deems just and equitable.

DATED: OCTOBER 14, 2025

**CORPORATE POWER INC.**

/s/ _Ajay Khanna_
99 Wall Street Suite 1993
New York, NY 10005
Telephone: (917) 757-1535
E-mail: ajay.khanna@corporatepower.com

EXHIBIT 3A – Corporate Power Admin Expense Time Details

EXHIBIT 3B – Corporate Power Admin Expense Summary