**ATTACHMENT 3B - CORPORATE POWER ADMINISTRATIVE EXPENSES SUMMARY**

| Date | Invoice Num | Invoice | Consulting | Backups | Monitoring | Chapter 7 | Chapter 11 |
|---|---|---|---|---|---|---|---|
| 5/31/2025 | 20258876 | 945.15 | 717.95 | 157.20 | 70.00 | 945.15 | - |
| 6/30/2025 | 20258873 | 1,091.95 | 717.95 | 304.00 | 70.00 | 251.28 | 840.67 |
| 7/31/2025 | 20258900 | 1,081.95 | 717.95 | 294.00 | 70.00 |  | 1,081.95 |
| 8/15/2025 | 20258909 | 734.98 | 358.98 | 306.00 | 70.00 |  | 734.98 |
|  | **TOTAL** | **3,854.03** | **2,512.83** | **1,061.20** | **280.00** | **1,196.43** | **2,657.60** |