**Corporate Power**
125 Maiden Lane 9th Fl
New York, NY 10038



**Manhattan Country School**

## Account Charges

08/20/2025    Page: 1

| Date | Employee | Account | Item | Units / Hours | Charges | Description |
|---|---|---|---|---|---|---|

Starting: 05/16/2025 To:08/15/2025

0500-137958  N-able check alerts | MCS-BACKUP | fmplugin

| Date | Employee | Account | Item | Units / Hours | Description |
|---|---|---|---|---|---|
| 05/19/2025 | Melvin Zeta | Jeffrey Gomez | Labor Item | 1.00 Hours | Checked server. Restarted agent services. Checked network. Will schedule reboot after maintenance this week |

0500-138009  Manhattan Country School Server Maintenance -   Maintenance Window
What - We will be performing maintenance on MCS Servers
When - May 23, 2025, Friday 7:00PM to 11:00PM EST
MCS-PICSERVER
MCS-BACKUPDC
MCS-BACKUP
MCS-FILEMAKER
DOCPLACE-SITE
MCS-FILESERVER
MCS-Mailserver
MCS-VOICEMAIL

| Date | Employee | Account | Item | Units / Hours | Description |
|---|---|---|---|---|---|
| 05/22/2025 | Melvin Zeta | Jeffrey Gomez | Labor Item | 1.50 Hours | Ran server updates/patch checks. Schedule maintenance. Sent email notification to users. |
| 05/23/2025 | Melvin Zeta | Jeffrey Gomez | Labor Item | 4.00 Hours | Downloaded and installed server updates. Approved patches for install. Reboot server. Ensured backups are ok. Services online |

0500-138328  Issue: CLOUDBERRY Backup Error
Backup: MCS Office Image Backup Wasabi
Error: The Computer clock is not synchronized (code: 3000). The computer clock is 0 d 0 h 15 min 1 sec fast

| Date | Employee | Account | Item | Units / Hours | Description |
|---|---|---|---|---|---|
| 06/09/2025 | Wlad Rukhlia | Jeffrey Gomez | Labor Item | 0.25 Hours | Disabled time sync to hyper-v server Setup sync to pool.ntp.org for PDC Restarted backup job |

0500-138492  Nable Alerts | MCS-BACKUP  | Warning: There may be a problem with the monitoring agent ("fmplugin" process) on the device.

Corporate Power
125 Maiden Lane 9th Fl
New York, NY 10038



## Manhattan Country School

### Account Charges

08/20/2025    Page: 2

| Date | Employee | Account | Item | Units / Hours | Charges | Description |
|---|---|---|---|---|---|---|

Starting: 05/16/2025 To:08/15/2025

**0500-138492** Nable Alerts | MCS-BACKUP | Warning: There may be a problem with the monitoring agent ("fmplugin" process) on the device.

| 06/13/2025 | Melvin Zeta | Jeffrey Gomez | Labor Item | 2.00 Hours | | Checked error on N-able. |
| | | | | | | Need to reinstall agent |
| | | | | | | Connected to server via LogMeIn. |
| | | | | | | Ran agent installer. |
| | | | | | | Installation completed - ran full checks |

**0500-138513** Backup Drives - I have these two hard drives connected to the server. We need to get all of our local data out of the fileserver and other servers into external storage.
1. Is the data already in these drives?
2. Can I unplugged these and connect them to a laptop to read the files?
[cid:ii_1977921c9eb577f11fd1]

| 06/16/2025 | Wlad Rukhlia | Jeffrey Gomez | Labor Item | 0.50 Hours | | Reviewed the backup storage, reported two USB drives connected to the server as a backup target. |
| | | | | | | Suggested new drive is incompatible with the old server. |

**0500-138789** MCS-PICSERVER is reporting down

| 06/27/2025 | Wlad Rukhlia | Jeffrey Gomez | Labor Item | 0.50 Hours | | Discussed with Jeff, restarted the server |
| | | | | | | Ensured all the services are up and running |

**0500-138933** Servers are down

| 07/07/2025 | Wlad Rukhlia | Jeffrey Gomez | Labor Item | 0.25 Hours | | Checked the servers are down |
| | | | | | | Requested monitoring and backup removal from Ajay |

**0500-139192** Support closing

| 07/17/2025 | Wlad Rukhlia | Jeffrey Gomez | Labor Item | 0.75 Hours | | Discussed the backup setup and storage location |
| | | | | | | Provided recap to the trusties |
| 07/18/2025 | Wlad Rukhlia | Jeffrey Gomez | Labor Item | 0.25 Hours | | Discussed the shutdown procedure with Tim |
| 07/22/2025 | Wlad Rukhlia | Jeffrey Gomez | Labor Item | 0.25 Hours | | Follow up the stopping backup and shutting down the servers |
| 07/23/2025 | Wlad Rukhlia | Jeffrey Gomez | Labor Item | 1.00 Hours | | Forced last backup jobs, disable the job schedule |
| | | | | | | No options to eject the drives safely, shut down the server |

Corporate Power
125 Maiden Lane 9th Fl
New York, NY 10038



**Manhattan Country School**

## Account Charges

08/20/2025   Page: 3

| Date | Employee | Account | Item | Units / Hours | Charges | Description |
|---|---|---|---|---|---|---|
| | | | Starting: 05/16/2025 To:08/15/2025 | | | |
| **0500-139192 Support closing** | | | | | | |
| 07/25/2025 | Wlad Rukhlia | Jeffrey Gomez | Labor Item | 0.75 Hours | | Discussed with Tim the veeam backup file usage without Veeam installed Reviewed the tools for veeam backup file exploring Downloaded Veeam Extract Utility with CP account and provided to Tim with WeTransfer |
| 08/15/2025 | Wlad Rukhlia | Jeffrey Gomez | Labor Item | 2.00 Hours | | Audited backup storage, created final report Removed management tools – backup agent, patch management, antivirus, remote monitoring and management agent |
| **0500-139845 Project management** | | | | | | |
| 07/17/2025 | Ajay Khanna | Jeffrey Gomez | Labor Item | 1.00 Hours | | Emails and calls with Brian Kreutter and Tim McDonald re MCS IT. |
| 08/15/2025 | Ajay Khanna | Jeffrey Gomez | Labor Item | 0.50 Hours | | Emails with Tim McDonald and Brian Kreutter re terminating MCS backups and IT services. |
| 08/15/2025 | LeNora Wilson | Jeffrey Gomez | Labor Item | 1.00 Hours | | Worked with Wlad to finalize all backups and licenses were removed from servers. |
| Report total | | | | 17.50 Hours | $ 0.00 | |