UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                    :
In re:                                              :
                                                    :        Chapter 7
                                                    :        Case No. 25-11009 (DSJ)
MANHATTAN COUNTRY SCHOOL *et al.*,                  :
                                                    :        (Jointly Administered)
            Debtors.[1]                             :
                                                    :
------------------------------------------------------------x

## ORDER DENYING CORPORATE POWER, INC.'S APPLICATION FOR IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSES

Corporate Power, Inc. ("Claimant") having filed an application (the "Application") [Docket No. 90] seeking, among other things, the immediate payment of administrative expenses totaling $3,854.03 (the "Claim Amount") for services performed during the Chapter 11 and Chapter 7 periods of the Debtor's bankruptcy case;  and a response to the Application (the "Objection")[2] having been filed by Albert Togut as Chapter 7 Trustee (the "Trustee") of the Debtor's estate [Docket No. 105];  and Claimant having filed two affidavits in further support of the Application and in response to the Objection (the "Affidavits") [Docket Nos. 107 and 108];  and the Trustee having determined that $2,290.11 of the Claim Amount is attributable to services that were performed by Claimant during the Debtor's Chapter 7 Case (the "Chapter 7 Administrative Claim");  and the Trustee having initiated payment to Claimant in the amount of the Chapter 7 Administrative Claim and in satisfaction thereof (the "Payment");  and a hearing having been held on October 15, 2025 (the "Hearing") to consider the Application,

---

[1]    The Debtors in these cases, along with the last four digits of their federal tax identification numbers are:  (i) Manhattan Country School (6971) (Case No. 25-11009 (DSJ);  and (ii) West 85th Street Owner LLC (6971) (Case No. 25-11922) (DSJ).

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Objection, and the Affidavits, at which Claimant, appearing *pro se*, and counsel for the Trustee

having appeared;  and the Court having reviewed the Application, Objection, and the Affidavits

and having heard argument and representations by the parties;  and upon the **Court's oral ruling**

**on the record at the Hearing, which is incorporated herein, [10/17/25 DSJ]**

**IT IS HEREBY ORDERED:**

     1.    Claimant's request for immediate payment of the Chapter 7 Administrative Claim

is moot as a result of the Payment, and is denied.

     2.    All other forms of relief sought in the Application and the Affidavits are denied

**without prejudice**. **[10/17/25 DSJ]**

     3.    The Court shall retain exclusive jurisdiction to hear and determine any and all

matters arising from the interpretation or implementation of this Order.


  Dated: New York, New York
       October 17, 2025                  *s/ David S. Jones*
                                      HONORABLE DAVID S. JONES
                                      UNITED STATES BANKRUPTCY JUDGE