UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE:

Manhattan Country School *a/k/a* Manhattan Country School, Inc.,

      Debtor.

-------------------------------------------------------------------X

Chapter 7

CASE NO. 25-11009 (DSJ)

### DECLARATION OF AVA PARNES IN SUPPORT OF THE MOTION OF LOCAL 2110, TECHNICAL, OFFICE AND PROFESSIONAL UNION, UAW, AFL-CIO FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO SECTIONS 503(b)(1)(A) AND 507 OF THE BANKRUPTCY CODE

I, Ava Parnes, declare pursuant to 28 U.S.C. § 1746:

1. I am a former employee of Manhattan Country School ("MCS" or the "Debtor") and member of the bargaining unit represented by Local 2110, Technical, Office and Professional Union, UAW, AFL-CIO ("Local 2110" or the "Union"). Prior to and during the Debtor's Chapter 11 bankruptcy, I also served as a Union delegate. I submit this Declaration in support of Local 2110's *Motion for Allowance of Administrative Expense Claims Pursuant to Sections 503(b)(1)(A) and 507 of the Bankruptcy Code* (the "Motion").

2. In my capacity as a Union delegate, I was involved in the gathering and review of documents and claims information used to support the Motion. To the best of my knowledge, all facts and matters contained in this Declaration are true and correct, based on my personal knowledge and review of relevant documents. If called as a witness, I could and would testify truthfully as to the following facts.

3. Attached as Exhibit "A" hereto is a true and correct copy of the collective bargaining agreement between MCS and Local 2110 for the term of March 14, 2022 through March 13, 2025.

4. Attached as Exhibit "B" hereto is a true and correct copy of the extension memorandum of agreement between MCS and Local 2110 effective March 14, 2025 through March 13, 2026.

5. Attached as Exhibit "C" hereto is a true and correct copy of an all-staff email dated May 31, 2025.

6. Attached as Exhibit "D" hereto is a true and correct copy of an all-staff email dated June 11, 2025.

7. Attached as Exhibit "E" hereto is a true and correct copy of an all-staff email dated June 13, 2025.

8. Attached as Exhibit "F" hereto is a true and correct copy of an all-staff email dated June 16, 2025.

9. Attached as Exhibit "G" hereto is a true and correct copy of an all-staff email dated June 19, 2025.

10. Attached as Exhibit "H" hereto is a true and correct example of a lay-off notice that the Debtor provided to Local 2110 bargaining unit employees.

11. Attached as Exhibit "I" hereto is a true and correct copy of the Union's calculation of severance pay owed to Local 2110 bargaining unit employees.

12. Attached as Exhibit "J" hereto is a true and correct copy of the Union's calculation of summer pay owed to Local 2110 bargaining unit employees.

13. Attached as Exhibit "K" hereto is a true and correct copy of the Union's calculation of farm stipend owed to Local 2110 bargaining unit employees.

14. Attached as Exhibit "L" hereto is a true and correct copy of the Union's calculation of other post-petition wages owed to Local 2110 bargaining unit employees.

15. Attached as Exhibit "M" hereto is a true and correct copy of the Union's calculation of unremitted dues owed to Local 2110.

16. Attached as Exhibit "N" hereto is a true and correct copy of the Union's calculation of NY WARN Act damages owed to Local 2110 bargaining unit employees.

I declare under penalty of perjury that the foregoing is true and correct.

Dated December 24, 2025

_____
Ava Parnes