UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

IN RE:

**Manhattan Country School** *a/k/a* **Manhattan Country School, Inc.,**

                    **Debtor.**

-----------------------------------------------------------------X

Chapter 7

CASE NO. 25-11009 (DSJ)

Hearing Date: February 24, 2026 at 10:00 a.m. (ET)

Objection Deadline: February 17, 2026

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Local 2110, Technical, Office and Professional Union, UAW, AFL-CIO ("**Local 2110**" or the "**Union**"), a creditor and party-in-interest in the above-captioned matter, has file the *Motion of Local 2110, Technical, Office and Professional Union, UAW, AFL-CIO for Allowance of Administrative Expense Claims Pursuant to Sections 503(b)(1)(A) and 507 of the Bankruptcy Code* (the "**Motion**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be filed on or before **February 17, 2026** (the "**Objection Deadline**") with the Bankruptcy Court. At the same time, you must serve a copy of the objection upon the undersigned counsel for Local 2110. Only those objections made in writing and timely filed in accordance with the above procedures will be considered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **February 24, 2026 at 10:00 a.m. (prevailing Eastern Time)** (the "**Hearing Date**") before the Honorable David S. Jones via Videoconference (ZoomGov).

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: December 29, 2025

                                        Respectfully submitted,

                                        **LEVY RATNER P.C.**

By: _/s/ Ryan J. Barbur_

                                        Ryan J. Barbur
                                        Attorneys for *Local 2110, Technical, Office and Professional Union, UAW, AFL-CIO*
                                        80 8th Avenue, 8th Floor
                                        New York, New York 10011