TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Brian F. Moore
Anthony L. Greene
Christian Ribeiro

*Attorneys for Albert Togut,*
*Not Individually But Solely in His Capacity*
*as Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re:                               :      Chapter 7
:
MANHATTAN COUNTRY SCHOOL *et al.,*[1]    :      Case No. 25-11009 (DSJ)
:
              Debtors.        :      (Jointly Administered)
:
------------------------------------------------------------------x

## NOTICE OF CANCELLATION OF JUNE 25, 2026 HEARING

**PLEASE TAKE NOTICE** that on May 19, 2026, Albert Togut, not individually but solely in his capacity as Chapter 7 trustee of the estate of Manhattan Country School ("MCS") and the Chapter 7 Trustee (in such respective capacities, as applicable, the "Trustee") of the estate of West 85th Street Owner LLC ("Owner LLC," and, together with MCS, the "Debtors"), filed the *Trustee's Application for Entry of: (I) an Order Approving (A) Bidding Procedures for the Sale of Real Property, (B) Designation of Stalking Horse Bidder, (C) Bid Protections in Favor of the Stalking Horse Bidder, (D) Date and Time for an Auction and a Hearing for Approval of the Sale, and (E) the Form and Manner of Notice Thereof; and (II) an Order Approving (A) the Sale of Real Property Free and Clear of*

---

[1]      The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) Manhattan Country School (6971) (Case No. 25-11009 (DSJ); and (ii) West 85th Street Owner LLC (6971) (Case No. 25-11922) (DSJ).

*Liens, Claims, Encumbrances and Other Interests, and (B) Payment of Broker Commission* [Docket No. 124] (the "Application").

**PLEASE TAKE FURTHER NOTICE** that on May 28, 2026, the Court approved the portion of the Application seeking approval of the Bidding Procedures [Docket No. 126] (the "Bidding Procedures Order"),[2] and scheduling a hearing on the Sale  for June 25, 2026 at 10:00 a.m. (prevailing Eastern Time) (the "Hearing") before the Honorable David S. Jones, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that, on June 23, 2026, an auction was conducted in accordance with the Bidding Procedures Order, and (i) Geneva School of Manhattan was selected by the Trustee as the Successful Bidder and (ii) 150 West 85th LLC as the Second Highest Bid in accordance with the Bidding Procedures. *See* Docket No. 132.

**PLEASE TAKE FURTHER NOTICE** that the Bidding Procedures Order set a deadline for the filing of responses or objections to the Sale of June 24, 2026 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that, as of the Objection Deadline, no responses or objections were received to the Application or the Sale.

**PLEASE TAKE FURTHER NOTICE** that, on June 24, 2026, the Trustee filed the *Certificate of No Objection Regarding Trustee's Sale of the Property* [Docket No. 133], requesting that the Hearing be cancelled and requesting entry of an order approving the Sale.

---

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that the Hearing **has been cancelled**.

The Trustee intends to file and submit to the Court an agreed-upon revised form of

order approving the Sale, which the Court may enter without further notice or

opportunity to be heard.

Dated:  New York, New York
        June 24, 2026

ALBERT TOGUT, not individually but solely
in his capacity as Chapter 7 Trustee,
By His Attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

*/s/ Brian F. Moore*
BRIAN F. MOORE
ANTHONY L. GREENE
CHRISTIAN RIBEIRO
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
bmoore@teamtogut.com
agreene@teamtogut.com
cribeiro@teamtogut.com