**Sale Hearing Date (if any): June 25, 2026 at 10:00 a.m. (Prevailing Eastern Time)**
**Sale Objection Deadline: June 24, 2026 at 4:00 p.m. (Prevailing Eastern Time)**

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Brian F. Moore
Anthony L. Greene
Christian Ribeiro

*Attorneys for Albert Togut,*
*Not Individually But Solely in His Capacity*
*as Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 7 |
|  | : |  |
| MANHATTAN COUNTRY SCHOOL *et al.,*[1] | : | Case No. 25-11009 (DSJ) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

-------------------------------------------------------------------x

### *AMENDED AND SUPERSEDED* NOTICE OF DESIGNATION OF SUCCESSFUL BID AND SECOND HIGHEST BID AT AUCTION FOR SALE OF THE PROPERTY

**PLEASE TAKE NOTICE** that, on May 28, 2026 the United States Bankruptcy Court for the Southern District of New York (the "Court") entered the *Order (I) Approving (A) Bidding Procedures for the Sale of Real Property, (B) Stalking Horse Purchase Agreement (C) Bid Protections in Favor of the Stalking Horse Bidder, (D) Date and Time for an Auction and a Hearing for Approval of the Sale, and (E) Approving the Form and Manner of Notice Thereof; and (II) an Order Approving (A) the Sale of Real Property Free and Clear of Liens, Claims, Encumbrances and Other Interests; and (B) Payment of Broker Commission* [Docket No. 126] (the "Bidding Procedures Order"),[2] which, among other things, approved the *Bidding Procedures* to govern the sale by Albert Togut, not individually but solely in his capacity as Chapter 7 trustee of the estate of Manhattan Country School ("MCS") and the Chapter 7 Trustee (in such respective capacities, as applicable, the "Trustee") of the estate of West 85th Street Owner LLC ("Owner LLC," and, together with MCS, the "Debtors"), of the real property located at 150 West 85th Street, New York, New York 10024 (the "Property").

**PLEASE TAKE FURTHER NOTICE** that on June 23, 2026, at 12:00 p.m. (prevailing Eastern Time), pursuant to the Bidding Procedures Order, the Trustee conducted an auction for the sale of the Property at the offices of Phillips Nizer LLP,

---

[1]   The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) Manhattan Country School (6971) (Case No. 25-11009 (DSJ);  and (ii) West 85th Street Owner LLC (6971) (Case No. 25-11922) (DSJ).

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Bidding Procedures Order.

real estate counsel for the Trustee, 485 Lexington Avenue, New York, New York 10117 (the "Auction").

**PLEASE TAKE FURTHER NOTICE** that the Trustee has determined that the highest or best Qualified Bid for the Property at the Auction (the "Successful Bid") was made by Geneva School of Manhattan (the "Successful Bidder") for a purchase price of $33.2 million.[3]

**PLEASE TAKE FURTHER NOTICE** that the Trustee has determined that the second highest or best Qualified Bid for the Property at the Auction (the "Second Highest Bid") was made by 150 West 85th LLC (the "Second Highest Bidder") for a purchase price of $32.1 million and a waiver of any and all terms and conditions in the Second Highest Bid related to the removal of personal property (including, without limitation, all furniture, desks, chairs, equipment, educational materials, and other movable personal property) from the Property prior to Closing.

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the sale of the Property (a "Sale Objection"), including any objection to the sale of the Property free and clear of all claims and interests pursuant to section 363(f) of the Bankruptcy Code, must be (i) filed in accordance with the Bidding Procedures Order, (ii) filed with the Court, and (iii) served on the Notice Parties (as defined in the Application ) so as to be received on or before **June 24, 2026 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").  If no Sale Objections are filed by the Objection Deadline, the Bankruptcy Court may enter an order approving the sale of the Property, without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the sale of the Property to the Successful Bidder at the Auction, free and clear of liens, claims, interests, and encumbrances in accordance with Bankruptcy Code section 363(f), will be held before the Honorable David S. Jones at the United States Bankruptcy Court, One Bowling Green, New York, NY 10004, on **June 25, 2026 at 10:00 a.m. (prevailing Eastern Time)**, which may be cancelled in the event no Sale Objections are received by the Objection Deadline .

Copies of the Bidding Procedures Order and the Bidding Procedures, as well as all related exhibits, the Successful Bid, the Second Highest Bid, and all other agreements filed with the Court, may be obtained on PACER or by emailing Christian Ribeiro, Esq. at cribeiro@teamtogut.com.

---

[3]   On June 24, 2026, a prior version of this *Notice of Designation of Successful Bid and Second Highest Bid at Auction for Sale of the Property*, [Docket No. 132] (the "Prior Notice") inadvertently listed a purchase price of $32.2 million.  This Notice amends and supersedes the Prior Notice.

**<u>Reservation of Rights</u>**

In accordance with the Bidding Procedures Order, the Trustee reserves the right to, in his reasonable business judgment, in a manner consistent with his fiduciary duties and applicable law, adjourn or continue the Sale Hearing, in consultation with the Successful Bidder, to a later date.

Dated:  New York, New York
June 25, 2026

ALBERT TOGUT, not individually but solely in his capacity as Chapter 7 Trustee,
By His Attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

*/s/ Brian F. Moore*
BRIAN F. MOORE
ANTHONY L. GREENE
CHRISTIAN RIBEIRO
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
bmoore@teamtogut.com
agreene@teamtogut.com
cribeiro@teamtogut.com

3