The Milan Group
Milan Saha, Esq.
80 Barton Road
Plattsburgh, NY 12901
(518)478-4208
milan@milangroup.us

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

| | |
|---|---|
| In Re: | Ch. 7 |
| MANHATTAN COUNTRY SCHOOL et. al.[1] | Case No. 25-11009 (DSJ)<br>(Jointly Administered) |
| Debtor | Hearing Date: October 27, 2026 at 10:00 a.m. |
| | Objection Deadline: October 20, 2026 |

------------------------------------------------------------------X

**SECOND REPLY OF CORPORATE POWER, INC. IN FURTHER SUPPORT OF ITS APPLICATION AND IN RESPONSE TO THE CHAPTER 7 TRUSTEE**

Corporate Power, Inc. ("Corporate Power" or the "Claimant"), by and through its undersigned counsel, respectfully submits this second Reply, in further support of its Application for Recognition and Immediate Satisfaction of its Secured Mechanic's Lien Claim and Allowance and Payment of its Administrative Expense Claims. In response to the Chapter 7 Trustee (the "Trustee"), in light of information discovered today, Corporate Power respectfully states as follows:

## I. FACTUAL BACKGROUND

1. On May 16, 2025, Manhattan Country School (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) Manhattan Country School (6971) (Case No. 25-11009 (DSJ); and (ii) West 85thStreet Owner LLC (6971) (Case No. 25-11922) (DSJ).

2. On June 18, 2025, the case was converted to a Chapter 7 liquidation, and Albert Togut was appointed as Chapter 7 Trustee (the "Trustee").

3. Prior to and during the bankruptcy, Corporate Power provided vital IT services and backups for the servers and network equipment attached to the building to the Debtor.

4. On July 25, 2025, Corporate Power filed a proof of claim for its unpaid services provided pre-bankruptcy, listing the address of **99 Wall Street Suite 1993, New York, NY 10005.**

5. On or around August 15, 2025, Ajay Khanna filed a Notice of Appearance for Corporate Power, also listing the address of **99 Wall Street Suite 1993, New York, NY 10005.**

6. On December 31, 2025, Corporate Power filed a Secured Proof of Claim (Claim No. 16-2) in the amount of $93,902.05. The Proof of Claim explicitly directed that all notices should be sent to Corporate Power at 99 Wall Street, Suite 1993, New York, NY 10005. Furthermore, the Proof of Claim asserted a fixed 24% annual interest rate.

7. On January 14, 2026, Corporate Power filed a Notice of Mechanic's Lien for the identical principal amount of $93,902.05. This publicly recorded lien also explicitly listed Corporate Power's address as **99 Wall Street, Suite 1993, New York, NY 10005**.

8. According to the New York State Department of State Division of Corporations, Corporate Power's principal office is located at **125 Maiden Lane, FL 9, New York, NY 10038**. This address was also reflected on Corporate Power's invoice statement.

9. On May 20, 2026, the Trustee filed an Affidavit of Service representing that he served the Order approving the sale of the real property free and clear of liens (Docs. 123 and 124) via First Class Mail.

10. However, the Trustee's Affidavit of Service proves that the Trustee completely ignored the legally mandated address on Corporate Power's Proof of Claim and Notice of Appearance. Instead, the Trustee mailed the critical sale orders to an outdated, six-year-old address: **62 William Street, 5th Floor, New York, NY 10005**.

11. Consequently, Corporate Power was never served with the motion to sell the property free and clear of its lien, nor was it served with the resulting Court order, Document 138 (the “Sale Order”), denying Corporate Power the opportunity to object or demand adequate protection.

12. This Affidavit of Service, Doc 125, is referenced in the Trustee’s Objection to Corporate Power, Inc.’s Application for Immediate Satisfaction of Claim and

Payment of Sale Proceeds at paragraph 10 to support effectiveness of the Sale Order also referenced paragraph 10 of the Trustee's objection and the resulting mootness of Corporate Power's Mechanic Lien.

13. Corporate Power, Inc. was served other motions and documents at its proper address 99 Wall Street as provided in its proof of claim or 125 Maiden Lane its registered address listed with the New York Secretary of State and was also emailed certain services of process. So far as Corporate Power, Inc.'s CEO, Ajay Khana, is aware, this was the only process served to the 62 William Street address, the one that directly affected his Mechanic's Lien rights and which Trustee used to support its argument for mootness of that Mechanic's Lien.

## II. LEGAL ARGUMENT

### A. The Trustee Violated FRBP 2002(g) and Constitutional Due Process

14. Under Federal Rule of Bankruptcy Procedure 2002(g)(1)(A), a notice required to be mailed to a creditor "shall be addressed as such entity or an authorized agent has directed in its last request filed in the particular case." Corporate Power filed its Proof of Claim directing notices to 99 Wall Street on December 31, 2025. By mailing the May 2026 sale notices to "62 William Street", the Trustee directly violated Rule 2002(g).

15. This procedural failure constitutes a severe violation of the Fifth Amendment's Due Process Clause. As established by the Supreme Court in *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306 (1950), due process requires notice reasonably calculated to apprise interested parties of the pendency of the action. In *Mullane* service by publication was held insufficient where correct addresses for service were known, and here service to an incorrect old address seemingly found by themselves where correct known addresses were provided *and* had been served to before. Mailing a critical motion that strips a secured creditor's property rights to an outdated address—when the correct, current address is prominently displayed on the creditor's Proof of Claim, Mechanic's Lien, and NY DOS registry—is legally fatal to the resulting Sale Order as applied to that creditor.

### B. The Order Extinguishing Liens is Void as to Corporate Power, and the Lien "Rides Through"

16. Because Corporate Power was deprived of constitutionally adequate notice, the Court's order purporting to sell the property "free and clear" of Corporate Power's lien under 11 U.S.C. § 363(f) is void as applied to Corporate Power because §363(f)(2) says the property is only free and clear as to an entity's lien if "such entity consents." Corporate Power did not consent because it was not properly served the underlying motion notwithstanding that the nature of the error with the service of process provides an appearance of circumstance that the service was intentionally defective to manufacture apparent consent.

17. It is a well-established tenet of bankruptcy law that when a secured creditor is not given proper notice of a § 363 sale, their lien is not extinguished and the lien attaches to the sale proceeds. Because the real estate was sold, Corporate Power's fully valid, perfected mechanic's lien automatically attached directly to the proceeds of the sale, particularly since the Sale Order stated that liens shall be paid from the sale proceeds. This reply objecting to effectiveness of the Sale Order as it relates to Corporate Power is timely filed under Federal Rule of Civil Procedure 60(b)(4) (incorporated via FRBP 9024).

**C. Corporate Power is Entitled to Payment of Its Lien with its 24% Default Interest Rate**

18. Under 11 U.S.C. § 506(b), an oversecured creditor is entitled to allowance of "interest on such claim, and any reasonable fees, costs, or charges provided for under the agreement." The proceeds of the $33 million property sale vastly exceed the value of the $93,902.05 lien. Because the lien was never legally stripped, Corporate Power remains a fully oversecured creditor entitled to its contractual and statutory rights, including the 24% annual interest rate explicitly asserted on its Proof of Claim. Corporate Power's lien is not moot as to the sale proceeds reserved in carve-out and is oversecured as to the funds therein.

**D. The Debtor Qualifies as an "Owner" Under New York Lien Law § 2(3)**

19. Under New York Lien Law § 2(3), the definition of an "owner" is broadly construed to include a lessee, a vendee in possession, or any entity having a right, title, or interest in the real property. At all relevant times, MCS occupied, operated, and possessed the property, and directly contracted for the IT infrastructure improvements provided by Corporate Power. As such, MCS acted as the statutory owner and/or the direct agent of West 85th Street Owner LLC, satisfying the consent requirements of New York Lien Law § 3 and rendering the lien fully enforceable against the real property and its sale proceeds.

**E. The Debtors Operated as a Single Economic Unit (Shared EIN)**

20. MCS and West 85th Street Owner LLC are not strictly separate entities in practice; they share the exact same Employer Identification Number (EIN). This confirms that they operated as a single economic and tax entity, further validating that a lien naming the operating entity is effectively a lien against the property-holding entity.

**F. The Trustee's Own Admissions and Comingling of Expenses**

21. The Chapter 7 Trustee has consistently treated these two entities as a single consolidated estate for the purposes of the real estate sale. The Trustee has publicly indicated that MCS is the sole owner and operator of the property. Furthermore, in his recent fee applications, the Trustee explicitly classified expenses related solely to the parent company's operations—such as the retention

of MCS student records—as direct "Sale Expenses" to be paid from the LLC's real estate proceeds. The Trustee cannot treat the entities as alter egos to pay his preferred administrative vendors from the real estate proceeds, while simultaneously demanding strict corporate separateness to avoid paying a perfected mechanic's lienholder.

**G. Notice and Joint Administration**

22. These bankruptcy cases are jointly administered by the same Chapter 7 Trustee. The Trustee and his counsel have been in possession of the stamped Notice of Lien since at least 2025 and were fully aware of Corporate Power's secured claim against the real estate prior to the July 2026 closing of the property sale.

**III. CONCLUSION** The Trustee cannot utilize an order obtained through defective service to deprive a secured creditor of its property rights. Corporate Power's lien survived the sale process entirely unimpaired.

**WHEREFORE**, Corporate Power respectfully requests that the Court enter an Order:

23. Declaring the § 363 sale orders void as to Corporate Power due to defective service and lack of due process;
24. Compelling the Trustee to immediately pay Corporate Power the principal sum of $93,902.05, plus the 24% annual interest accrued since the petition date, from the proceeds of the property sale; and
25. Granting such other and further relief as is just and proper.

Dated: October 26, 2026

Plattsburgh, New York

Respectfully submitted,

**MILAN SAHA, ESQ.**

*Counsel for Corporate Power, Inc.*

80 Barton Road

Plattsburgh, NY 12901

Telephone: (518) 478-4208

Email: milan@milangroup.us

EXHIBIT 1 – CORPORATE POWER INC NEW YORK STATE SECRETARY OF STATE REGISTERED ADDRESS

An official website of New York State.
Here's how you know

# Department of State
## Division of Corporations

## Entity Information

Return to Results | Return to Search

### Entity Details

**ENTITY NAME:** CORPORATE POWER, INC.

**DOS ID:** 1826158

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** FOREIGN BUSINESS CORPORATION

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** 1304 BCL - BUSINESS CORPORATION LAW

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 06/03/1994

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 06/03/1994

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:** 03/31/1994

**STATEMENT STATUS:** CURRENT

**COUNTY:** NEW YORK

**NEXT STATEMENT DUE DATE:** 06/30/2028

**JURISDICTION:** DELAWARE, UNITED STATES

**NFP CATEGORY:**

ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

#### Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** CORPORATE POWER, INC.

**Address:** 539 W. COMMERCE ST, SUITE 284, DALLAS, CO, UNITED STATES, 75208

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

#### Chief Executive Officer's Name and Address

**Name:** AJAY KHANNA

**Address:** 4939 S. ALKIRE ST, SIGNATURE REQUIRED, MORRISON, CO, UNITED STATES, 80465

#### Principal Executive Office Address

**Address:** 125 MAIDEN LANE, FL 9, NEW YORK, CO, UNITED STATES, 10038

#### Registered Agent Name and Address

**Name:**

**Address:**

## Entity Primary Location Name and Address

**Name:**

**Address:**

## Farmcorpflag

**Is The Entity A Farm Corporation:** NO

## Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Manhattan Country School |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court | **Southern District of New York** |
| Case number: | **25–11009** |

FILED
**U.S. Bankruptcy Court**
**Southern District of New York**
12/31/2025
**Vito Genna, Clerk**

Official Form 410
# Proof of Claim

**04/25**

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Corporate Power, Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|
| Name: Corporate Power, Inc. | Name: |
| 99 Wall Street Suite 1993<br>New York, NY 10005 | |
| Contact phone: 9177571535 | Contact phone: |
| Contact email: ajay.khanna@corporatepower.com | Contact email: |

Uniform claim identifier (if you use one):

**4. Does this claim amend one already filed?**

☐ No
☑ Yes. Claim number on court claims registry (if known) 16 Filed on 07/25/2025 (MM / DD / YYYY)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

EXHIBIT 2 – SECURED PROOF OF CLAIM

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ______

**7. How much is the claim?**

$ 93902.05

**Does this amount include interest or other charges?**
☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

Services Performed on Fixture Attached to the Property

**9. Is all or part of the claim secured?**

☐ No
☑ Yes. The claim is secured by a lien on property.

**Nature of property:**
☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: ______

**Basis for perfection:** Mechanic's Lien

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ 39000000.00

**Amount of the claim that is secured:** $ 93902.05

**Amount of the claim that is unsecured:** $ 0.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ 93902.05

**Annual Interest Rate** (when case was filed) 24 %

☑ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ ______

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: ______

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No<br>☐ Yes. *Check all that apply*: | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |

* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 12/31/2025
MM / DD / YYYY

/s/ Ajay Khanna
Signature

Print the name of the person who is completing and signing this claim:

Name: Ajay Khanna
First name Middle name Last name

Title: Principal

Company: Corporate Power, Inc.
Identify the corporate servicer as the company if the authorized agent is a servicer

Address: 99 Wall Street, Suite 1993
Number Street
New York, NY 10005
City State ZIP Code

Contact phone 9177571535 Email ajay.khanna@corporatepower.com

EXHIBIT 3 – NOTICE OF APPEARANCE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No. 25−11009-dsj** |
| **MANHATTAN COUNTRY SCHOOL** | : | |
| | : | **Chapter 7** |
| **Debtor.** | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE, that the undersigned is an officer of Corporate Power, Inc. and hereby appears for Corporate Power, Inc. in the above-captioned case, pursuant to rule 9010(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that all notices given or required to be given in the above captioned case under Bankruptcy Rule 2002, or otherwise, and all papers served or required to be served in this case be given to and served upon the undersigned, at the address set forth below:

Ajay Khanna
Corporate Power Inc.
99 Wall Street Suite 1993
New York, NY 10005
(917) 757-1535
ajay.khanna@corporatepower.com

Dated: August 15, 2025
Golden, CO

AJAY KHANNA
/s/ Ajay Khanna

By: Ajay Khanna
Corporate Power, Inc.
99 Wall Street Suite 1993
New York, NY 10005
(917) 757-1535

*Officer and Employee of Corporate Power, Inc.*

EXHIBIT 4 – MECHANICS LIEN

167 —Notice of mechanic's lien, affidavits of service, individual, partnership or corporation, New York City-to be filed with County Clerk. Lien Law, 3 et seq. 9-96

BlumbergExcelsior, Publisher, NYC 10013
www.blumberg.com

# NOTICE OF MECHANIC'S LIEN

To the Clerk of the County of New York and all others whom it may concern:

**Please Take Notice,** that
Corporate Power, Inc., a Delaware corporation authorized to do business in New York,

as lienor(s) have and claim a lien on the real property hereinafter described as follows:

(1) The names and residences of the lienor(s) are
Corporate Power, Inc.
99 Wall Street, Suite 1993
New York, New York, 10005

being a (partnership) (corporation) composed of

whose business address is at 99 Wall Street, Suite 1993, New York, NY 10005
and whose principal place of business is at

(1a) The name and address of lienor's attorney, if any
Milan Saha, Esq., 80 Barton Road, Plattsburgh, NY 12901

(2) The owner of the real property is Manhattan Country School
and the interest of the owner as far as known to the lienor(s) is Fee Simple

(3) The name of the person by whom the lienor(s) was (were) employed is Manhattan Country School
The name of the person to whom the lienor(s) furnished or is (are) to furnish material or for whom the lienor(s) performed or is (are) to perform professional services is Manhattan Country School
The name of the person with whom the contract was made is Manhattan Country School

(4) The labor performed was
Maintenance of the School's Electronic Server, which is attached to the real property, and the School's Digital Network, which is wired throughout the building.

The material furnished was
Third party contract services necessary for maintenance of the School's electronic server and digital network.

The materials actually manufactured for but not delivered to the real property are
None.

The agreed price and value of the labor performed is $ 51,755.80
The agreed price and value of the material furnished is $ 45,512.80
The agreed price and value of the material actually mfd. for but not delivered to the real prop. is $ 0
Total agreed price and value $ 97,268.60

(5) The amount unpaid to the lienor(s) for said labor performed is $ 50,173.53
The amount unpaid to the lienor(s) for said material funished is $ 43,728
The amount unpaid to lienor(s) for material actually mfd. for but not delivered to the real prop. is $ 0
Total amount unpaid $ 93,902.05

The total amount claimed for which this lien is filed is $93,902.05

(6) The time when the first item of work was performed was January 1, 2021
The time when the first item of material was furnished was January 1, 2021
The time when the last item of work was performed was May 16, 2025
The time when the last item of material was furnished was May16, 2025

(7) The property subject to the lien is situated in the Borough of Manhattan County of New York
City of New York, on the side of feet and inches of Block 01215/Lot 0053, being feet and inches wide, front and rear by feet and inches deep on each side, and known as Number 150 West 85th Street, New York, NY

That said labor and materials were performed and furnished for and used in the improvement of the real property hereinbefore described. That 8 months (4 months if a single family dwelling) have not elapsed dating from the last item of work performed, or from the last items of materials furnished, or since the completion of the contract, or since the final performance of the work, or since the final furnishing of the materials for which this lien is claimed.

Dated

[signature]
The name signed must be printed beneath
Diena Ganesh, Secretary

# Verification

**STATE OF NEW YORK, COUNTY OF** ss.: **INDIVIDUAL OR PARTNER**

being duly sworn, says that deponent is (one of the co-partnership named in the within notice of lien and) the lienor(s) mentioned in the foregoing notice of lien; that deponent has read the said notice and knows the contents thereof, and that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true.

Sworn to before me on ..............................................

**STATE OF NEW YORK, COUNTY OF** ~~New York~~ Queens. ss.: **CORPORATION**

Diena Ganesh being duly sworn, says that deponent is the Secretary of Corporate Power, Inc. herein, that deponent has read the foregoing notice of lien and knows the contents thereof, and that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters deponent believes it to be true. The reason why this verification is made by deponent is that deponent is an officer, to wit, the Secretary of Corporate Power, Inc. which is a Delaware corporation, and deponent is familiar with the facts and circumstances herein.

The sources of deponent's information and the grounds of deponent's belief as to all matters not therein stated upon deponent's knowledge are as follows:

Review of Documents and Communication with the CEO, Chief Legal Officer, and Officer Manager for Corporate Power, Inc.

Sworn to before me on
January 13, 2026.
[signature]

Diena Ganesh ..............................................

KAROLINA JALOSZEWSKA
Notary Public - State of New York
NO. 01JA6347020
Qualified in Queens County
My Commission Expires Aug 29, 2028

**Editor's note:** Notice of Mechanic's Lien may be filed at any time during progress of the work and the furnishing of the materials, or, within eight months (four months if a single family dwelling) after the completion of the contract, or the final performance of the work, or the final furnishing of the materials, The Notice of Mechanic's Lien must be filed in the Clerk's office of the county where the property is situated. If such property is situated in two or more counties, file the Notice of Mechanic's Lien in the office of the Clerk of each county. See Lien Law § 10.

New York County Clerk's Office
Paym 1334202 01/14/2026 1:30p
Cashier AAHMEREE Register # 7

Tr.1753370 $35.00
Mechanics Lien with Affidavit--------------3
11195
Mechanics Lien : MECHANICS LIEN W/AFF docume
nt filed for RM1098 FILING MECHANIC LIEN #153
8 W/AFFIDAVIT OF SERVICE #1377 - DIENA -
38 W/AFFIDAVIT OF SERVICE #1377 - DIENA - S
earch Ctrl #: 5192783
Search Ctrl #: 5192783

Total: $35.00

Check $35.00

#1538

FILED
COUNTY CLERK
N.Y. COUNTY

2026 JAN 14 P 1:25

#5192783

A/S #1377

M/L #1538

## Affidavit of Service by Certified Mail*

STATE OF NEW YORK, COUNTY OF ~~New York~~ Queens. ss.:

The undersigned, being duly sworn, deposes and says that deponent is over 18 years of age and

on January 7, 2026 the undersigned served the within Notice of Lien on Albert Togut, United States Trustee for Manhattan Country School (Ch. 7 Debtor)

the *contractor subcontractor assignee legal representative*
at Togut Segal Segal LLP; One Penn Plaza; Suite 3335, New York, NY 10119, and

by depositing a true copy of same, enclosed in a certified mail, postpaid, properly addressed wrapper, in an official depository of the United State Postal Service in New York State.

Sworn to before me on
January 13, 2026.

[signature]

KAROLINA JALOSZEWSKA
Notary Public - State of New York
NO. 01JA6347020
Qualified in Queens County
My Commission Expires Aug 29, 2028

A01377
FILED
COUNTY CLERK
N.Y. COUNTY
2026 JAN 14 P 1:24

*Editor's note: Serve a copy of Notice of Mechanic's Lien on contractor or subcontractor simultaneously or within 30 days after filing Notice of Mechanic's Lien. File proof of service with County Clerk within 35 days after Notice of Mechanic's Lien is filed. See Lien Law §11-b.

## Mechanic's Lien

Corporate Power, Inc.
*Claimant*

*Residence*

*Business Address*
99 Wall Street, Suite 1993
New York, NY 10005

*against*

Manhattan Country School
*Owner*

*Contractor*

## Notice of Lien

*Amount* $ 93,902.05

*Filed*

*Premises konwon as*
150 West 85th Street, New York, NY 10024

*Block* 01215 *Lot* 0053

*Attorney(s) for Lienor*

*Post Office Address and Telephone Number*
Milan Saha, Esq.
80 Barton Road, Plattsburgh, NY 12901;
(518) 478-4208; milan@milangroup.us

New York County Clerk's Office
Paym 1334202 01/14/2026 1:30p
Cashier AAHMEREE Register # 7

Tr.1753370 $35.00
Mechanics Lien with Affidavit--------------3
11195
Mechanics Lien : MECHANICS LIEN W/AFF docume
nt filed for RM109B FILING MECHANIC LIEN #153
8 W/AFFIDAVIT OF SERVICE #1377 - DIENA -
38 W/AFFIDAVIT OF SERVICE #1377 - DIENA - S
earch Ctrl #: 5192783
Search Ctrl #: 5192783

Total: $35.00

Check $35.00

EXHIBIT 5 – TRUSTEE AFFIDAVIT OF SERVICE OF SALE ORDER [DOC 125]

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335 New
York, New York 10119
(212) 594-5000
Brian F. Moore
Brian W. Kreutter

*Attorneys for Albert Togut,*
*Not Individually But Solely in His Capacity as the*
*Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| MANHATTAN COUNTRY SCHOOL, a/k/a MANHATTAN COUNTRY SCHOOL, INC., | : | Case No. 25-11009 (DSJ) |
| | : | (Jointly Administered) |
| Debtor. | : | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

ANGEL RIVERA, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

On May 20, 2026, deponent served a copy of the *Order Signed on 5/19/2026 Granting Trustee's Ex Parte Motion for Entry of Order Shortening the Notice Periods for Bidding Procedures Application* [Docket No. 123] and *Notice of Hearing and Trustees Application for Entry Of: (I) An Order Approving (A) Bidding Procedures for the Sale of Real Property, (B) Designation of Stalking Horse Bidder, (C) Bid Protections in Favor of the Stalking Horse Bidder, (D) Date and Time for an Auction and a Hearing for Approval of the Sale, And (E) The Form and Manner of Notice Thereof; And (II) An Order Approving (A) The Sale of Real Property Free and Clear Of Liens, Claims, Encumbrances and Other Interests, And (B) Payment of Broker Commission* [Docket No. 124] upon all parties set forth on the service list annexed hereto, by First Class Mail and/or email as indicated on the service list.

*/s/ Angel Rivera*
ANGEL RIVERA

Sworn to before me this
20th day of May 2026

*/s/ Cynthia M. Sotomayor*
NOTARY PUBLIC

**SERVICE LIST**

**Via E-mail**

Abigail M Thompson
9 Kester Drive
EdisonNJ08817
athompson@manhattancountryschool.org

Adam B Isler
208 Connery Terrace Southwest
LeesburgVA20175
aisler@manhattancountryschool.org

Aleksander Lukaj
6674 78th Street
Middle VillageNY11379
alukaj@manhattancountryschool.org

Alexandra Martin
P.O. Box 241
New KingstonNY12459
amartin@manhattancountryschool.org

Alisa Isa Soriano
87 Hamilton PlaceApt#7B
New YorkNY10031
asoriano@manhattancountryschool.org

Ana Milosavljevic
470 West 62nd Street Apt#3B
New YorkNY10069
amilosavljevic@manhattancountryschool.org

Andrew Dean Tegeler
520 Lincoln Place#5D
BrooklynNY11238
ategeler@manhattancountryschool.org

Andrew R Hume
6 Boyden Avenue
MaplewoodNJ07040
ahume@manhattancountryschool.org

Anna R Pevear
5096 County Route 6PO BOX 324
New KingstonNY12459
apevear@manhattancountryschool.org

Anna Sobel
24-45 27th St Apt 2b
AstoriaNY11102
asobel@manhattancountryschool.org

Anya Isabel Andrews
500 West 146th Street, Apt. 3S
New York, New York 10031
aandrews@manhattancountryschool.org

Audora Vukaj
2517 Wilson Avenue
The BronxNY10469
avukaj@manhattancountryschool.org

Ava T Parnes
301 West 115th Street Apt PH2B
New YorkNY10026
aparnes@manhattancountryschool.org

Beatrice Bartolotta
50 NORTH BROADWAY, Apt.4G
White Plains, New York 10603
bbartolotta@manhattancountryschool.org

Bonnie M Greenwald
150 West End Avenue Apt 6p
New YorkNY10023
bgreenwald@manhattancountryschool.

Caroline A Biggers
585 Meeker Avenue, Apt. 2R
Brooklyn, New York 11222
cbiggers@manhattancountryschool.org

Catherine A Cammer
680 Upper Meeker Hollow Rd
RoxburyNY12474
ccammer@manhattancountryschool.org

Christopher A Guajardo
282 Cabrini Boulevard#4K
New YorkNY10040
cguajardo@manhattancountryschool.org

Ciara Diamond Brown
1705 Bryant Avenue.Apt#4K
BronxNY10460
cbrown@manhattancountryschool.org

Courina Yulisa, Esq.
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, New York 10019-6119
email: yulisa.courina@dorsey.com
Attorney for D.A. Davidson & Co.

Daniel Mullens
129 Magnolia Avenue Apt#219
Jersey CityNJ07306
dmullens@manhattancountryschool.org

Diana E Villafane
2700 Henry Hudson Parkway
BronxNY10463
dvillafane@manhattancountryschool.org

Diwa Gonzalez Tamrong
744 Myrtle AvenueApt#2F
BrooklynNY11205
dtamrong@manhattancountryschool.org

Donna McDaniel
6523 County Hwy 36
DenverNY12421
dmcdaniel@manhattancountryschool.org

Eitan Blander, Esq.
Togut Segal and Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119
Attorneys for Albert Togut, Trustee
eblander@teamtogut.com

Eliana Gjoka
138-36 77th Avenue
QueensNY11367
egjoka@manhattancountryschool.org

Eligio Reynoso
256 Wadsworth Ave Apt 4a
New YorkNY10033
lreynoso@manhattancountryschool.org

Emma Caitlin Duggan
103 Mercer Street Unit 2
Jersey CityNJ07302
eduggan@manhattancountryschool.org

Hannah Lauren Leland
60-52 Madison StreetApt#1H
QueensNY11385
hleland@manhattancountryschool.org

Jamie Evans
330 W 58th St Apt 17 E
New YorkNY10019
jevans@manhattancountryschool.org
je67@mac.com

Jasmine Bailey
827 Jefferson Avenue, Apt# 2R
Brooklyn, New York 11221
jbailey@manhattancountryschool.org

Jeffrey Gomez
221 South 3rd Street Apt 2D
BrooklynNY11211
jrgomez@manhattancountryschool.org

Jennifer C Eugenio
95 2nd Street
BrooklynNY11231
jeugenio@manhattancountryschool.org

Jennifer H Blonk
3 Henry Williams Road
RoxburyNY12474
jblonk@manhattancountryschool.org

Jermaine H Lloyd
531 Harborview Ct
BeaconNY12508
jlloyd@manhattancountryschool.org

Jivan Kricorian-Salomon
3440 BroadwayApt#4E
New YorkNY10031
jkricorian@manhattancountryschool.org

Julianna Trementozzi
77 Eastern Parkway Apt 4e
BrooklynNY11238
jtrementozzi@manhattancountryschool.org

Julie E Korgen
1230 Amsterdam AvenueApt#233
New YorkNY10027
jkorgen@manhattancountryschool.org

Kate L Lanceley
314 West 100th Street Apartment 72
New YorkNY10025
kate.lanceley@manhattancountryschool.org

Kathleen M. LaManna, Esq.
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
email:klamanna@goodwin.com
email: bankruptcy@goodwin.com
email: bankruptcyparalegal@goodwin.com
Co-Counsel for U.S. Bank National Association

Katie Reboul
594 Liberty Avenue
Jersey CityNJ07307
kreboul@manhattancountryschool.org

Kerry MDevine
1825 Riverside Drive Apt 3f
New YorkNY10034
kdevine@manhattancountryschool.org

Klotilda Pinari
135-30 78th Avenue
QueensNY11367
kpinari@manhattancountryschool.org

Lacey Stewart
2357 County Highway 41
RoxburyNY12474
lstewart@manhattancountryschool.org

Laeticia Emmanuel
181 Kingston Avenue
South Floral ParkNY11001
lemmanuel@manhattancountryschool.org

Lauren P Kartzman
161 Winthrop St Apt 4f
BrooklynNY11225-3856
lkartzman@manhattancountryschool.org

Leann Mcgrath
32-40 46th Street Apt 3a
AstoriaNY11103
lmcgrath@manhattancountryschool.org

Leonard Luca
8 Gold Road
Wappingers FallsNY12590
lluca@manhattancountryschool.org

Leroy Solomon
5 Beaumont Circle Apt 4
YonkersNY10710
lsolomon@manhattancountryschool.org

Maiya Jackson
56 Bennett Ave 5a
New YorkNY10033
mjackson@manhattancountryschool.org

Mariella Puleo
123 Water Street APT 419
NorwalkCT06854
mpuleo@manhattancountryschool.org

Mary Ann Warren
160 Lake Street
RoxburyNY12474
mtodd@manhattancountryschool.org

Mary Trowbridge
335 East 90th Street Apt 2f
New YorkNY10128
mtrowbridge@manhattancountryschool.org

Max Parsons
220 Cabrini BoulevardApt#3K
New YorkNY10033
mparsons@manhattancountryschool.org

Morgan H Wright
348 Maple Street Apt. C1
BrooklynNY11225
mwright@manhattancountryschool.org

Muriel Goode-Trufant, Esq.
Zachary B. Kass, Esq
City of New York
100 Church Street, Room 5-238
New York, New York 10007
Attorneys for The City of New York

Nassim M Zerriffi
345 Montgomery St Apt 1h
BrooklynNY11225
nzerriffi@manhattancountryschool.org

Neil Berger, Esq.
Togut Segal and Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119
Attorneys for Albert Togut, Trustee
neilberger@teamtogut.com

Nicole H Joseph
345 E 35th St
BrooklynNY11203
njoseph@manhattancountryschool.org

Pansey G Lawrence
2700 Henry Hudson ParkwayApt#4J
BronxNY10463
plawrence@manhattancountryschool.org

PatriciaCabral
125 West 96th Street.Apt#6G
New YorkNY10025
pcabral@manhattancountryschool.org

Paul Williams
135 Webber Ave Apt 2
Sleepy HollowNY10591
pwilliams@manhattancountryschool.org

Princess V Lyles
458 West 146th StreetApt#3N
New YorkNY10031
plyles@manhattancountryschool.org

Qing Zhuang
42-09 Bell Boulevard3rd Fl
BaysideNY11361
qzhuang@manhattancountryschool.org

Reese F Mason
58 W 120th St Manhattan
New YorkNY10027
rmason@manhattancountryschool.org

Richard J. McCord, Esq.
Robert D. Nosek, Esq.
Thomas J. McNamara, Esq.
CERTILMAN BALIN ADLER & HYMAN, LLP
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554
(516) 296-7000
email: rmccord@certilmanbalin.com
email: rnosek@certilmanbalin.com
email: tmcnamara@certilmanbalin.com
Attorneys for U.S. Bank, National Association, as Trustee, and Flushing Bank

Romina Dedvukaj
8 Buckout Rd
BriarcliffNY10510-1944
rdedvukaj@manhattancountryschool.org

Ruben Joshua Ortiz
175 Walnut Drive
Brick TownshipNJ08724
rortiz@manhattancountryschool.org

Ryan J. Barbur, Esq.
Jessica I. Apter, Esq.
Nikita Rumsey, Esq.
LEVY RATNER, P.C.
80 Eighth Avenue, Floor 8
New York, New York 10011
email: rbarbur@levyranter.com
email: japter@levyratner.com
email: nrumsey@levyratner.com
Attorneys for Local 2110, Technical, Office and Professional Union, UAW, AFL-CIO

Safa Sajjad
121 South Covert Avenue
ElmontNY11003
ssajjad@manhattancountryschool.org

Sagarika Gami
292 Lincoln PlaceApt#4C
BrooklynNY11238
sgami@manhattancountryschool.org

Samuel Stern
7968 County Highway 26
HamdenNY13782
sstern@manhattancountryschool.org

Sarah Leibowits
2235 Frederick Douglass Blvd Apt 4j
New YorkNY10027
sleibowits@manhattancountryschool.org

Sofia Blandon
357 East 201 Street.Apt#4A
BronxNY10458
sblandon@manhattancountryschool.org

Stacey Walker
60 Lake St
RoxburyNY12474
swalker@manhattancountryschool.org

Stephanie Javois
765 East 166th Street Apt GB
The BronxNY10456
sjavois@manhattancountryschool.org

Summer Grace Flemister
455 West 23rd Street Manhattan
New YorkNY10011
sflemister@manhattancountryschool.org

Taina Coleman
7337 Austin StreetApt#5K
Forest HillsNY11375
tcoleman@manhattancountryschool.org

Vana Miculi
2025 Paulding Avenue
The BronxNY10462
vmiculi@manhattancountryschool.org

Vjollca Nikaj
6 Clifford Ct
NanuetNY10954-3305
nvjollca@manhattancountryschool.org

William K. Harrington, United States Trustee for Region 2
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
Attn: Andy Velez-Rivera, Esq.
Email:Andy.Velez-Rivera@usdoj.gov

William Thompson
7 West 103rd StreetApt#2D
New YorkNY10025
wthompson@manhattancountryschool.org

WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Betsy L. Feldman, Esq.
Email: bfeldman@wilkie.com
Counsel for the Debtor

Winnie Chan
105-07 66th Road Apt. 1G
Forest HillsNY11375
wchan@manhattancountryschool.org

Woobens Kel Celony
651 East 14th StreetApt#1C
New YorkNY10009
wcelony@manhattancountryschool.org

**<u>Via First Class Mail:</u>**

Ainsworth Inc.
83-40 72nd Dr
Ridgewood, NY 11385-7904

Ainsworth Inc.
c/o Rabinowitz Galina
94 Willis Ave
Mineola, NY 11501-2600

Alan Altshuler
150 Riverside Dr, Apt 9B
New York, NY 1024-2111

Alex Greystoke
12600 Hill Country Blvd
Bldg R, Ste 275
Austin, TX 78738-6723

All Restoration Inc
159-36 84th St
Howard Beach, NY 11414-3023

Alliant Insurance Services
PO Box 22052
New York, NY 10087-2052

Alliant Retirement Services
159-36 84th St
Howard Beach, NY 11414-3023

American Express Travel
c/o Jaffee & Asher LLP
600 Third Ave
New York, NY 10016-0001

American National
3465 S Arlington Rd, Ste E#183
Akron, OH 44312-5272

Anna Sobel
24-45 27th St, #2B
Astoria, NY 11102-2331

Apple Financial
PO Box 31001-0497
Pasadena, CA 91110-0001

Assured Environments
45 Broadway, 10th Flr
New York, NY 10006-4002

Atlantic Engineering Labs
21 Randolph Ave
Avenel, NJ 07001-2404

Beehive Press
PO Box 409
Bronx, NY 10469-0409

Ben Jacoff
175 Riverside Dr #12G
New York, NY 10024-1616

Blackbaud (SAAS)
PO Box 844887
Boston, MA 02284-4887

Brian S. Lennon
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY 10019-6099

C2 Staffing Solutions
420 Lexington Ave #300
New York, NY 10170-03999

Canon Financial
125 Gather Dr
Mt. Laurel, NJ 08054-1716

Carioca Sports Club & Productions
c/o Rothman Rocco
3 W Main St, Ste 200
Elmsford, NY 10523-2414

CCS
527 Madison Ave, 5th Flr
New York, NY 10022-4394

Cell Mechanic Inc
c/o Fella Law Firm
PO Box 696
Babylon, NU 11702-0696

ChefsWarehouse
PO Box 30943
New York, NY 10087-0943

CMB Consulting
89 Fairview Ave
New York, NY 10040-2658

Consulting & Testing Services
237 W 35th St, Ste 1201
New York, NY 10001-1950

Corey Blay
45 W 132nd St, Apt. 17N
New York, NY 10037-3129

Corporate Creations Int'l
801 US Highway 1
N Palm Beach, FL 33408-3811

Corporate Power Inc
62 William St, 5th Flr
New York, NY 10005-1544

Corporation Counsel of the City of NY
100 Church St
New York, NY 10007-2668
Attn Zachary Kass

CSC
PO Box 13397
Philadelphia, PA 19101-3397

CTSI
237 W 35th St
New York, NY 1001-1905

Cydelle Bernlin
124 W 60th St
New York, NY 10023-7451

DA Davidson
757 3rd Ave, Ste 1902
New York, NY 10017-2048

Dakon Service Inc
31 South St, Ste 4S-3
Mt. Vernon, NY 10550-1758

Daniel C. Green
140 W 124th St, Apt 7B
New York, NY 10027-4972

Darkhei Noam
c/o Karen R. Zeituni, B. Langman
Paul Weiss Rifkind Wharton & Garrison
1285 Ave of the Americas
New York, NY 10019-6031

David Fagan
150 W 85th St
New York, N 10024-4402

Davis Wright Tremaine LLP
920 Fifth Ave, Ste 300
Seattle, WA 98104-1610

De Lage Landen Financial
Attn: Litigation & Recovery
1111 Old Eagle School Rd
Wayne, PA 19087-1453

District Central Station LLC
249-02 Jericho Tpke, Ste 107
Floral Park, NY 11001-4000

Druide Informatique Inc.
135 Saint Alexander, Ste 1040
Montreal CANADA 2CH3A2G4

DualFuel
3601 Fieldston Rd
Bronx, NY 10463-2003

Eco-Investigators BK LLC
161 Winthrp St #4F
Brooklyn, NY 11225-3856

Enzo Clincial Labs
c/o VW Inc
PO Box 4155
Sarasota, FL 34320-4155

F&J Assigning Inc
5835 NW Bates Ave
Port St Lucie, FL 34986-3681

Fisher Brothers Management Co LLC
299 Park Ave, 42nd Flr
New York, NY 10171-3895

Flushing Bank
220 RXR Plaza
Uniondale, NY 11556-3825
Attn Loan Serivicing

Follett School Solutions
91826 Collection Ctr Dr
Chicago, IL 60693-0001

Fretta Reitzes Consulting
144 W 86th St
New York, Y 10024-4028

Frontstream
75 Remittance Dr
Chicago, IL 60675-1001

Gleason & Koatz LLP
437 Madison Ave, 24th Flr
New York, NY 10022-7035

Heath Rewards Retro
150 W 85th St
New York, NY 10024-4402

HR Direct
3300 Gateway Dr
Pompano Bch, FL 33069-4841

Iberian Electric
54 Franklin St
Brooklyn, NY 11222-2039

ICCS
42 W 38th St, Rm 300
New York, NY 10018-0074

inResonance Information
9620 Executive Dr N, Ste 200
St. Petersburg, FL 33702

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Jamie Big Shot Evans
330 W 58th St, Apt. 17E
New York, NY 10019-1843

Ken Hornbeck
620 Town Bank Rd #D-15
Cape May, NJ 08204-3548

Local 2110, Technical, Office & Profession
256 W 38th St, Ste 704
New York, NY 10018-5807

Love You Like, LLC
825 West End Ave, 11D
New York, NY 10025-5349

M. Thomas Langan
Dvorak Law Group, LLC
9500 W Dodge Rd, Ste 100
Omaha, NE 68114-3328

Maiya Jackson
56 Benett Ave, Apt 5A
New York, NY 10033-2135

Manhattan Country School Parents & Caregivers
c/o Katherine R. Catanese
Foley & Lardner
90 Park Ave
New York, NY 10016-1301

Manhattan Placements
501 # 79th St, Apt 6A
New York, NY 10075-0733

Michele Sola
509 Second Ave, #2L
Brooklyn, NY 11232

Narda Skov, MPH
916 Kingston Ave
Oakland, CA 94611-4338

Nexus Technologies LLC
Attn Megan McHugh
8100 E Maplewood Ave, Ste 220
Greenwood Village, CO 80111-4806

Nixon Peabody LLP
Attn: Scott Singer
55 W 46th St
New York, NY 10036-4277

NonProfitHR
14416 St NW, Ste 600
Washington, DC 20005

NYSAIS Operations
17 Elk St
Albany, NY 12207-1035

Office & Prof Union Local 210 UAW
246 W 38th St #704
New York, NY 10018-5807

Paul Williams
135 Webber Ave, Apt 2
Tarrytown, NY 10591-2011

Pitney Bowes Inc
27 Waterview Dr, 3rd Flr
Shelton, CT 06484-4361

Pitney Bowes Leasing
PO Box 371887
Pittsburgh, PA 15250-7887

Receivables Control Corp
7373 Kirkwoo Ct N, Ste 200
Maple Grove, MN 55369-5264

Rhyr Powell
260 W 121st St, Apt A
New York, NY 10027-6297

Robert J. Miller & Assoc
124 Delaware St
Tonawanda, NY 14150-3421

Roe Intrieri
13 Alice Rd
N Salem, NY 10560-1044

Roger Mintz, CPA LLC
16 E 96th St, #4D
New York, NY 10128-0788

Roy J. Lester
Lester Korinman Kamran & Masini PC
600 Old Country Rd, Ste 330
Garden City, NY 11530-2010

Rubicon West LLC
121 SW Salmon St, Ste 1200
Portland, OR 97204-2947

Ruvna, Inc.
201 Varick St, #508
New York, NY 10014-9426

Savvas Learning Company
15 E Midland Ave, Ste 502
Paramus, NJ 07652-2926

Scholastic
557 Broadway
New York, NY 10012-3999

School Speciality
PO Box 825640
Philadelphia, PA 19182-5640

Schulte Roth & Zabel LLP
11040 PO Box 11839
Newark, NJ 07101-8138

Scott Kraft
261 W 112 St, Apt. 2B
New York, NY 10026-3549

Sherwin Williams
600 Amsterdam Ave
New York, NY 10024-1804

Staples
NYPO Box 415256
Boston, MA 02241-5256

Staples Business Advantage
Attn Thomas Riggleman
7 Technology Cir
Columbia, SC 29203-9591

Telco Experts
120 Broadway, Ste 240
New York, NY 10271

The Jane Group
PO Box 88
Westmont, IL 60559-0088

Think Forward Financial Group
15 Overlook Terr
Larchmont, NY 10538-2215

TIAA Reto
150 W 85th St
New York, NY 10024-4402

Togetherhood LLC
41 W 73rd St, Apt 1
New York, NY 10023-3143

Tom Haynie
407 E 91st St #5A
New York, NY 10128-6825

Total Fire Protection
111 Crossways Park Dr W
Woodbury, NY 11797-2022

Trane US Inc.
PO Box 406469
Atlanta, GA 30384-6469

Ultimate Impressions
11-42 46th Rd, Ste 201
Long Island City, NY 11101-6293

United States Trustee
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1459

US Ban
PO Box 70870
St Paul, MN 55170-9705

US Bank National Association, as Trustee
c/o Shipman & Goodwin LLP
Attn Kathleen LaManna
One Constitution Plaza
Hartford, CT 06103-1919

US Bank, National Association, as Trustee
c/o Robert D. Nosek, Esq.
Certilman Balin Adler & Hyman LLP
90 Merrick Ave, 9th Flr
East Meadow, NY 11554-1597

US Bank, National Association, as Trustee
c/o Thomas J. McNamara, Esq.
Certilman Balin Adler & Hyman LLP
90 Merrick Ave, 9th Flr
East Meadow, NY 11554-1597

US Bank/Flushing Bank
220 RXR Plaza
Attn Loan Servicing
Uniondale, NY 11556-3825

Weaver & Tidwell
2821 W 7th St, Ste 700
Ft Worth, TX 76107-8913

Wolters Kluwer
28 Liberty Street
New York, NY 10005-1400

Approved Oil Co.
6717 Fourth Avenue
Brooklyn, NY 11220

American Express Travel Related Service
200 Vesey Street
New York, NY 10285

American Express Travel Related Service
c/o Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

Ainsworth Inc.
83-40 72nd Drive
Ridgewood, NY 11385

Corporate Power Inc.
62 William Street, 5th Floor
New York, NY 10005

Stalking Horse Bidder, Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, NY 10020
Attn: Eddy Park, Esq.

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
Attn: Brian S. Lennon, Esq.

Lester Korinman Kamran & Masini, P.C.
600 Old Country Road Suite 330
Garden City, New York 11530
Attn: Peter K. Kamran, Esq.

Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue, 9th Floor
East Meadow, NY 11554
Attn: Richard J. McCord Esq.

U.S. Bank National Association, Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Attn: Kathleen M. LaManna and Anthony R. Scarcella

Internal Revenue Service, Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

New York City Department of Finance
345 Adams Street, 3rd Floor
Brooklyn, New York 11201
Attn: Bankruptcy Unit

New York State Department of Taxation and Finance,
Bankruptcy/Special Procedures
P.O. Box 5300
Albany, New York 12205-0300

The United States Attorney for the SDNY
Attn: Tax and Bankruptcy Unit
86 Chambers Street, 3rd Floor
New York, New York 10007

Corporation Counsel for the City of New York
Bankruptcy Unit
100 Church Street, #4
New York, New York 10007
Attn: Hugh Shull, Esq.; and

The New York State Attorney General
120 Broad Street
New York, New York 10271-0332